AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>CHARLES DONOHOE<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   21-CR-175 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CHARLES DONOHOE                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 - Conspiracy
18 U.S.C. 1512(c)(2) - Obstruction of an Agency Proceeding
18 U.S.C. 1361 - Destruction of Property
18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During a Civil Disorder
18 U.S.C. 1752(a)(1) - Enter/Remain in Restricted Building or Grounds
18 U.S.C. 1752(a)(2) - Disorderly or Disruptive Conduct in Restricted Building or Grounds

Date:      03/10/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.10 16:31:29 -05'00'

*Issuing officer's signature*

City and state:      Washington, DC

G. Michael Harvey, United States Magistrate
*Printed name and title*
Judge

| Return |
|---|
| This warrant was received on *(date)* 3/11/21 , and the person was arrested on *(date)* 3/17/21<br>at *(city and state)* Kernersville, NC . |
| Date: 3/17/21<br><br>*Arresting officer's signature*<br><br>Robert Finch - FBI TFO<br>*Printed name and title* |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: MAG/JUDGE JOI ELIZABETH PEAKE (allison_bennett@ncmd.uscourts.gov,
clarke_martin@ncmd.uscourts.gov, jasmine_johnson@ncmd.uscourts.gov,
judge_peake@ncmd.uscourts.gov, kevin_todd@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(ecf.usmsncm@usdoj.gov, jeannie.helms@usdoj.gov, jessica.williams2@usdoj.gov)
--No Notice Sent:

Message-Id:3374034@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Arrest - Rule 5
```
Content−Type: text/html

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 3/17/2021 at 4:36 PM EST and filed on 3/17/2021

**Case Name:**         USA v. DONOHOE
**Case Number:**      1:21−mj−00103−JEP
**Filer:**
**Document Number:** No document attached
**Docket Text:**
 **Arrest (Rule 5) of CHARLES DONOHOE (Garrett, Kim)**


**1:21−mj−00103−JEP−1 Notice has been electronically mailed to:**

**1:21−mj−00103−JEP−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: LISA S. COSTNER (denisesullivan@triad.rr.com,
emily@lisacostnerlaw.com, lisa@lisacostnerlaw.com), ERIC L. IVERSON
(caseview.ecf@usdoj.gov, eric.iverson@usdoj.gov, jo.vereen@usdoj.gov,
usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, clarke_martin@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kevin_todd@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3374161@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Initial Appearance - Rule 5
```
Content−Type: text/html

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 3/17/2021 at 7:09 PM EST and filed on 3/17/2021

| | |
|---|---|
| **Case Name:** | USA v. DONOHOE |
| **Case Number:** | 1:21−mj−00103−JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE in CR−1 WS:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to CHARLES DONOHOE held on 3/17/2021. AUSA Eric Iverson. Defendant advised of rights and charges. Defendant confirmed financial was correct and requested court appointed counsel. Attorney Lisa Costner present and appointed. This matter is continued until 3/19/21 at 3:30 pm in WS CR−1 for a Status Hearing. Government instructed to file by Friday morning a basis for the motion for detention. Proceedings recorded. (Garrett, Kim)**

**1:21−mj−00103−JEP−1 Notice has been electronically mailed to:**

ERIC L. IVERSON &nbsp &nbsp eric.iverson@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

LISA S. COSTNER &nbsp &nbsp lisa@lisacostnerlaw.com, denisesullivan@triad.rr.com, emily@lisacostnerlaw.com

**1:21−mj−00103−JEP−1 Notice will not be electronically mailed to:**

**FILED**
in the Middle District of
North Carolina

**March 17, 2021**
7:26 pm

Clerk, US District Court
By: _____ kg _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     )
                                  )
       v.                      )          1:21MJ103
                                    )
CHARLES DONOHOE           )
                                  )

### ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this action.  The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Lisa Costner is appointed to represent Defendant in this action.

This, the 17th day of March, 2021.

United States Magistrate Judge

FILED
in the Middle District of
North Carolina

March 17, 2021
8:30 pm

Clerk, US District Court
By: _____ kg

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21MJ103 |
| | ) | |
| CHARLES DONOHOE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court 251 N. Main Street Winston-Salem, NC 27101 | Courtroom No.:  1 |
|---|---|---|
| | | Date and Time:   3/24/2021      3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   03/17/2021

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21mj103 |
| | ) | |
| CHARLES DONOHOE | ) | |

## **NOTICE OF APPEARANCE**

NOW COMES United States of America, by and through its attorney, Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and gives notice to this Honorable Court of the appearance of Tanner Kroeger, Assistant United States Attorney, as attorney for the United States in the above-captioned matter.  He is to be served with any electronic or manual filing in this case.

This the 19th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
ACTING UNITED STATES ATTORNEY

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served via that system on the following CM/ECF participants:

Lisa Costner, Esq.

Respectfully submitted,

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. )        1:21mj103
)
CHARLES DONOHOE )

## NOTICE OF APPEARANCE

NOW COMES United States of America, by and through its attorney, Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and gives notice to this Honorable Court of the appearance of Stephen Inman, Assistant United States Attorney, as attorney for the United States in the above-captioned matter.  He is to be served with any electronic or manual filing in this case.

This the 19th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
ACTING UNITED STATES ATTORNEY

S/ STEPHEN T. INMAN
Deputy Chief, Criminal Division
Assistant United States Attorney
NCSB No. 26913
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served via that system on the following CM/ECF participants:

Lisa Costner, Esq.

Respectfully submitted,

S/ STEPHEN T. INMAN
Deputy Chief, Criminal Division
Assistant United States Attorney
NCSB No. 26913
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 1:21mj103 |
| | ) | |
| Charles Donohoe | ) | **FILED UNDER SEAL** |

## MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION

NOW COMES the United States of America, by and through its attorney, Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and submits the attached memorandum in support of pre-trial detention in the above-captioned case.    The defendant made his initial appearance before this Court on March 17, 2021.  The government moved for detention at that time, and, in response, the Court asked the government to file authority supporting the basis to make the motion.  In short, the United States charged the defendant with a violation of Title 18, United States Code, Section 1361 – destruction of government property.  That offense serves as a basis to bring the motion as both as an offense listed under Title 18, United States Code, Section 2332b(g)(5)(B) as well as a crime of violence under the Bail Reform Act.  See 18 U.S.C. § 3142(f)(1)(A).  In any event, the defendant's conduct shows he is a serious risk to obstruct justice, and, therefore, a motion

for detention is appropriate.  See 18 U.S.C. § 3142(f)(2)(B).  The government

asks the Court to proceed with a detention hearing.

## PROCEDURAL HISTORY

On March 10, 2021, a grand jury sitting in the District of Columbia

charged Charles Donohoe and three others in a six-count indictment.

Specifically, in Count One, the indictment charges Donohoe with a violation of

Title 18, United States Code, Section 371; in Count Two with a violation of

Title 18, United States Code, Sections 1512(c)(2) and 2; in Count Three with a

violation of Title 18, United States Code, Sections 231(a)(3) and 2; in Count

Four with a violation of Title 18, United States Code, Sections 1361[1] and 2; in

Count Five with a violation of Title 18, United States Code, Section 1752(a)(1);

and in Count Six, with a violation of Title 18, United States Code, Section

1752(a)(2).

---

[1] Section 1361 contains both misdemeanor and felony penalty provisions. When "the damage or attempted damage to such property exceeds the sum of $1,000," then the statute provides for "imprisonment for not more than ten years." 18 U.S.C. § 1361. If the damage is $1,000, the term of imprisonment is limited to "not more than one year." Id.  The grand jury alleged, among other things, that Donohoe "willfully injure[d] and commit[ed] depredation against the property of the United States" in that Donohoe "aided and abetted others known and unknown to forcibly enter the Capitol and thereby caused damage to the building in an amount more than $1,000." Superseding Indictment (D.D.C. No. 21-CR-175-4 (Jan. 8, 2021)) at ¶ 74. As a result, he faces imprisonment on that charge, Count Four, of ten years.

The defendant was arrested on March 17, 2021, in the Middle District of North Carolina.  He made his initial appearance in this district later that day. The government moved for detention, and the Court continued that hearing until March 24, 2021.  During the initial appearance, the Court asked the government to provide supplemental authority as to the basis for the motion for detention.

## FACTUAL SUMMARY

The government incorporates by reference the facts as alleged in the superseding indictment.[2]  *See* D.D.C. No. 21-CR-175-4 (Mar. 10, 2021).

## ARGUMENT

The government's motion for detention is properly before the Court. First, the offense charged in Count Four is enumerated under Title 18, United States Code, Section 2332b(g)(5)(B).  In light of the applicable penalties, Count Four allows the government to move for detention.   *See* 18 U.S.C. § 3142(f)(1)(A).  Second, the offense charged in Count Four is a crime of violence under the Bail Reform Act, subjecting the defendant to a motion for detention. *See id*.  Third, the defendant's conduct, as alleged in Count One and Count Two, demonstrates that the defendant poses a serious risk of obstructing

---

[2] Because that superseding indictment remains under seal and the government refers to it at numerous times in this memorandum, the government has filed this memorandum under seal, as well.

- 3 -

justice if he were to be released.  That conduct allows the government to move for detention.  *See* 18 U.S.C. § 3142(f)(2)(B).  To be sure, the Court need only agree with the government on one of the three bases for the motion.  If the Court does, a detention hearing is in order.

### 1.    Count Four creates a rebuttable presumption of detention.

The Bail Reform Act allows the government to move for detention when the case involves "an offense listed under Title 18, United States Code, Section 2332b(g)(5)(B)" or "a crime of violence."  18 U.S.C. § 3142(f)(1)(A).  Indeed, in either case, the statute creates a rebuttable presumption in favor of detention. *Id*.

### a.    An offense listed under § 2332b(g)(5)(B).

The Bail Reform Act allows for a motion for detention when there is probable cause to believe a defendant committed an offense  listed in Title 18, United States Code, Section 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed.  *See* 18 U.S.C. § 3142(f)(1)(A). In that scenario, the law provides a rebuttable presumption in favor of detention.  *See* 18 U.S.C. § 3142(e)(3)(C).

Count Four charges the defendant with destruction of government property and aiding and abetting the same.  The indictment further states that the damage to property at the Capitol was in an amount greater than $1,000.

- 4 -

Pursuant to Title 18, United States Code, Section 1361, when damage to government property exceeds $1,000, the penalty includes imprisonment of not more than ten years.

Section 2332b(g)(5)(B) enumerates § 1361 as a listed offense. Here, the defendant could receive a ten-year term of imprisonment for that count. Accordingly, a motion for detention is proper, and the defendant faces a rebuttable presumption that he should be detained.[3]

> ### b.   A crime of violence under the Bail Reform Act.

Under the Bail Reform Act, a crime of violence is, in relevant part, "an offense that has an element of the offense the use, attempted use, or threatened use of physical force against the person or property of another." 18 U.S.C. § 3156(a)(4)(A). A defendant may commit or aid and abet the commission of a crime of violence. *See, e.g.*, *United States v. Richardson*, 948 F.3d 733, 741-42 (6th Cir. 2020) (finding "no distinction" between aiding and abetting and committing the substantive crime, and concluding that a defendant's conviction for aiding and abetting Hobbs Act robbery "satisfies the elements clause"); *Steiner v. United States*, 940 F.3d 1282, 1293 (11th Cir. 2019).

---

[3] Numerous cases from the district where these charges are pending against Donohoe have held the same. *See, e.g.*, *United States v. Powell*, Case No. 21-mj-197 (D.D.C. Feb. 11, 2021); *see also United States v. Watkins*, Case No. 21-cr-28-3 (D.D.C. Feb. 26, 2021); *United States v. Bisgnano*, Case No. 21-CR-36 (D.D.C. Feb. 26, 2021).

- 5 -

A defendant violates § 1361 if he "commits any depredation against any property of the United States."  Historically, "depredation" is "the act or an instance of robbing, plundering, or laying waste."  *United States v. Jenkins*, 554 F.2d 783, 8786 (6th Cir. 1977).  The Sixth Circuit adapted its definition from *Deal v. United States*, 274 U.S. 277 (1927), which interpreted the meaning of the word in a post-office regulation.  In doing so, the Supreme Court defined "depredation" to mean "the act of plundering; a robbing; a pillaging."  *Id.* at 283 (quoting Century Dictionary).  Plundering, robbing, or pillaging – that is, in a word, depredation – necessarily involves a defendant's use of force.  *See United States v. Shi*, 525 F.3d 709, 721 (9th Cir. 2008) (discussing piracy under 18 U.S.C. § 2280 by reference to *United States v. Smith*, 18 U.S. (5 Wheat.) 153, 161 (1820), which defined piracy as "robbery, or forcible depredations upon the sea"); *see also United States v. Dire*, 680 F. 3d 446, 452-59 (4th Cir. 2012) (discussing the history of piracy-as-depredation).

The government maintains that a violation of § 1361 is a crime of violence for the purposes of detention but acknowledges that the Fourth Circuit has granted a certificate of appealability on a related question.  *See United States v. Melaku*, 799 F. App'x 203 (4th Cir. 2020) (unpublished) (allowing review of whether § 1361 is a "crime of violence" predicate supporting a

conviction under 18 U.S.C. § 924(c)).  To be sure, in the case at bar, the Court need not reach this question if it finds another viable basis for the motion.

### 2. The defendant's obstructionist conduct necessitates a detention hearing.

Where a defendant poses "a serious risk that [he] will obstruct or attempt to obstruct justice," the Court should conduct a detention hearing upon the government's motion.  18 U.S.C. § 3142(f)(2)(B).  Here, as alleged in the indictment, Donohoe instructed his co-conspirators to communicate by means of encrypted messaging to avoid law enforcement two days before the attack on the Capital.  *See* Superseding Indictment at ¶ 39.  He also destroyed prior communications for the same purpose.  *Id.*  Donohoe engaged in that conduct explicitly out of fear that he might be charged criminally.  *Id.* at ¶ 40.

Despite the fear that he might be charged, the defendant nevertheless participated in the attack on the Capital on January 6, 2021.  That conduct was, in its own right, obstructionist in nature – the defendant and others overran the United States Capital in an attempt to interfere with the election of a new president.  After the fact, the defendant celebrated "[w]e stormed the capitol unarmed [….] And we took it over unarmed."  *Id.* at ¶ 24.

The defendant's conduct demonstrates he poses a serious risk to obstruct or attempt to obstruct justice.  *See United States v. Chrestman*, ___F. Supp. 3d___, No. 21-MJ-218, 2021 WL 765662, at *15 (D.D.C., Feb. 26, 2021)

- 7 -

(agreeing with a detention order where defendant participated in the January 6, 2021, attack on the Capital and where the government moved for detention, in part, pursuant to §3142(f)(2)(B)).   As such, the Court should conduct a detention hearing.

## **CONCLUSION**

For the reasons stated above, the government moves the Court to hold

a detention hearing in this matter.[4]

This the 19th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
ACTING UNITED STATES ATTORNEY

S/ STEPHEN T. INMAN
Deputy Chief, Criminal Division
Assistant United States Attorney
NCSB No. 26913

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

---

[4] The government understood the Court's request for briefing at this juncture
to be a request for the legal basis supporting a motion by the government for
detention.  As to the substance of that motion—*i.e.*, whether the Court should
grant it—the government will further supplement this briefing at a later date
as necessary to provide the Court with argument on the factors listed in
§ 3142(g).

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing was electronically filed under seal with the Clerk of the Court using the CM/ECF system, and served via that system on the following CM/ECF participants:

Lisa Costner, Esq.

Respectfully submitted,

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

- 10 -

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: STEPHEN THOMAS INMAN (caseview.ecf@usdoj.gov,
shaquitta.johnson@usdoj.gov, stephen.inman@usdoj.gov, usancm.ecfcriminal@usdoj.gov),
TANNER L. KROEGER (caseview.ecf@usdoj.gov, laurie.lochner@usdoj.gov,
shaquitta.johnson@usdoj.gov, tanner.kroeger@usdoj.gov, usancm.ecfcriminal@usdoj.gov), LISA
S. COSTNER (denisesullivan@triad.rr.com, emily@lisacostnerlaw.com,
lisa@lisacostnerlaw.com), ERIC L. IVERSON (caseview.ecf@usdoj.gov, eric.iverson@usdoj.gov,
jo.vereen@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, clarke_martin@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kevin_todd@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Joshua Stauffer (joshua_stauffer@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3375747@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Status Conference
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 3/19/2021 at 4:22 PM EST and filed on 3/19/2021

| | |
|---|---|
| **Case Name:** | USA v. DONOHOE |
| **Case Number:** | 1:21-mj-00103-JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE CR-1 WS:Status Conference as to CHARLES DONOHOE held on 3/19/2021. AUSA Tanner Kroeger. Attorney Lisa Costner present with defendant. The defendant elected to waive hearings in this district. Government made an oral motion to seal [6] Seal Brief. The Court instructed to file a motion to seal and a redacted copy of Sealed Brief if to remain under seal. Defendant to be transported in custody to the District of Columbia for further proceedings. Proceedings recorded. (Garrett, Kim)**


**1:21-mj-00103-JEP-1 Notice has been electronically mailed to:**

ERIC L. IVERSON &nbsp &nbsp eric.iverson@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

LISA S. COSTNER &nbsp &nbsp lisa@lisacostnerlaw.com, denisesullivan@triad.rr.com, emily@lisacostnerlaw.com

STEPHEN THOMAS INMAN &nbsp &nbsp stephen.inman@usdoj.gov, CaseView.ECF@usdoj.gov, Shaquitta.Johnson@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

TANNER L. KROEGER &nbsp &nbsp tanner.kroeger@usdoj.gov, CaseView.ECF@usdoj.gov, laurie.lochner@usdoj.gov, shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:21−mj−00103−JEP−1 Notice will not be electronically mailed to:**

FILED
in the Middle District of
North Carolina

March 19, 2021
4:24 pm

Clerk, US District Court
By: _____ kg

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21MJ103 |
| | ) | |
| CHARLES DONOHOE | ) | Charging District's Case No.   21CR175 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   United States District Court
for the District of Columbia                                                                                      .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been
committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
or detention hearing to which I may be entitled in this district.  I request that my
preliminary hearing and/or  detention hearing be held in the prosecuting district, at a time set by that
court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:     03/19/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lisa Costner
_____
*Printed name of defendant's attorney*

FILED
in the Middle District of
North Carolina

March 19, 2021
4:25 pm

Clerk, US District Court
By: _____ kg

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21MJ103 |
| CHARLES DONOHOE | ) | |
| *Defendant* | ) | Charging District's Case No.   21CR175 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Columbia   ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ 03/19/2021 _____

_____
*Judge's signature*

_____ Joi Elizabeth Peake, United States Magistrate Judge _____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 1:21mj103 |
| | ) | |
| Charles Donohoe | ) | |

## **MOTION TO UNSEAL**

NOW COMES United States of America, by and through its attorney, Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and moves to unseal its memorandum in support of pre-trial detention. See Dkt. 6. The government filed that document under seal because it referenced factual allegations made in the superseding indictment. At the time of the filing, the superseding indictment was sealed by the United States District Court for the District of Columbia. That court has since unsealed the

charging document.  Accordingly, the government asks this Court to unseal its memorandum in support of pre-trial detention filed at Dkt. 6 in the above-captioned case.

This the 19th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
ACTING UNITED STATES ATTORNEY

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served via that system on the following CM/ECF participants:

Lisa Costner, Esq.

Respectfully submitted,

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: STEPHEN THOMAS INMAN (caseview.ecf@usdoj.gov,
shaquitta.johnson@usdoj.gov, stephen.inman@usdoj.gov, usancm.ecfcriminal@usdoj.gov),
TANNER L. KROEGER (caseview.ecf@usdoj.gov, laurie.lochner@usdoj.gov,
shaquitta.johnson@usdoj.gov, tanner.kroeger@usdoj.gov, usancm.ecfcriminal@usdoj.gov), LISA
S. COSTNER (denisesullivan@triad.rr.com, emily@lisacostnerlaw.com,
lisa@lisacostnerlaw.com), ERIC L. IVERSON (caseview.ecf@usdoj.gov, eric.iverson@usdoj.gov,
jo.vereen@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, clarke_martin@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kevin_todd@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Joshua Stauffer (joshua_stauffer@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3375833@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Motions Referred
Content−Type: text/html
```

### U.S. District Court

### North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 3/19/2021 at 5:09 PM EST and filed on 3/19/2021

| | |
|---|---|
| **Case Name:** | USA v. DONOHOE |
| **Case Number:** | 1:21−mj−00103−JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Motions Referred: RE: [9] MOTION to Unseal Document , to MAG/JUDGE JOI ELIZABETH PEAKE (Garrett, Kim)**

**1:21−mj−00103−JEP−1 Notice has been electronically mailed to:**

ERIC L. IVERSON &nbsp &nbsp eric.iverson@usdoj.gov, CaseView.ECF@usdoj.gov,
jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

LISA S. COSTNER &nbsp &nbsp lisa@lisacostnerlaw.com, denisesullivan@triad.rr.com,
emily@lisacostnerlaw.com

STEPHEN THOMAS INMAN &nbsp &nbsp stephen.inman@usdoj.gov, CaseView.ECF@usdoj.gov,
Shaquitta.Johnson@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

TANNER L. KROEGER &nbsp &nbsp tanner.kroeger@usdoj.gov, CaseView.ECF@usdoj.gov,
laurie.lochner@usdoj.gov, shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:21−mj−00103−JEP−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: LISA S. COSTNER (denisesullivan@triad.rr.com,
emily@lisacostnerlaw.com, lisa@lisacostnerlaw.com), STEPHEN THOMAS INMAN
(caseview.ecf@usdoj.gov, shaquitta.johnson@usdoj.gov, stephen.inman@usdoj.gov,
usancm.ecfcriminal@usdoj.gov), ERIC L. IVERSON (caseview.ecf@usdoj.gov,
eric.iverson@usdoj.gov, jo.vereen@usdoj.gov, usancm.ecfcriminal@usdoj.gov), TANNER L.
KROEGER (caseview.ecf@usdoj.gov, laurie.lochner@usdoj.gov, shaquitta.johnson@usdoj.gov,
tanner.kroeger@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, clarke_martin@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kevin_todd@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Joshua Stauffer (joshua_stauffer@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3375846@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Order on Motion to Unseal
Document
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 3/19/2021 at 5:16 PM EST and filed on 3/19/2021

| | |
|---|---|
| **Case Name:** | USA v. DONOHOE |
| **Case Number:** | 1:21−mj−00103−JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **TEXT ORDER by MAG/JUDGE JOI ELIZABETH PEAKE on 3/19/21 granting [9] Motion to Unseal Document [6] SEALED Brief as to CHARLES DONOHOE (1). (Garrett, Kim)**

**1:21−mj−00103−JEP−1 Notice has been electronically mailed to:**

ERIC L. IVERSON &nbsp &nbsp eric.iverson@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

LISA S. COSTNER &nbsp &nbsp lisa@lisacostnerlaw.com, denisesullivan@triad.rr.com, emily@lisacostnerlaw.com

STEPHEN THOMAS INMAN &nbsp &nbsp stephen.inman@usdoj.gov, CaseView.ECF@usdoj.gov, Shaquitta.Johnson@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

TANNER L. KROEGER &nbsp &nbsp tanner.kroeger@usdoj.gov, CaseView.ECF@usdoj.gov, laurie.lochner@usdoj.gov, shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:21−mj−00103−JEP−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: STEPHEN THOMAS INMAN (caseview.ecf@usdoj.gov,
shaquitta.johnson@usdoj.gov, stephen.inman@usdoj.gov, usancm.ecfcriminal@usdoj.gov),
TANNER L. KROEGER (caseview.ecf@usdoj.gov, laurie.lochner@usdoj.gov,
shaquitta.johnson@usdoj.gov, tanner.kroeger@usdoj.gov, usancm.ecfcriminal@usdoj.gov), LISA
S. COSTNER (denisesullivan@triad.rr.com, emily@lisacostnerlaw.com,
lisa@lisacostnerlaw.com), ERIC L. IVERSON (caseview.ecf@usdoj.gov, eric.iverson@usdoj.gov,
jo.vereen@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, clarke_martin@ncmd.uscourts.gov,
jasmine_johnson@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kevin_todd@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Joshua Stauffer (joshua_stauffer@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3375848@ncmd.uscourts.gov
Subject:Activity in Case 1:21-mj-00103-JEP USA v. DONOHOE Document Unsealed
Content-Type: text/html
```

## U.S. District Court

## North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 3/19/2021 at 5:16 PM EST and filed on 3/19/2021

| | |
|---|---|
| **Case Name:** | USA v. DONOHOE |
| **Case Number:** | 1:21-mj-00103-JEP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Document unsealed as to CHARLES DONOHOE [6] SEALED Brief (Garrett, Kim)**

**1:21-mj-00103-JEP-1 Notice has been electronically mailed to:**

ERIC L. IVERSON &nbsp &nbsp eric.iverson@usdoj.gov, CaseView.ECF@usdoj.gov,
jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

LISA S. COSTNER &nbsp &nbsp lisa@lisacostnerlaw.com, denisesullivan@triad.rr.com,
emily@lisacostnerlaw.com

STEPHEN THOMAS INMAN &nbsp &nbsp stephen.inman@usdoj.gov, CaseView.ECF@usdoj.gov,
Shaquitta.Johnson@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

TANNER L. KROEGER &nbsp &nbsp tanner.kroeger@usdoj.gov, CaseView.ECF@usdoj.gov,
laurie.lochner@usdoj.gov, shaquitta.johnson@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:21-mj-00103-JEP-1 Notice will not be electronically mailed to:**

# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−mj−00103−JEP</u> All Defendants
### *Internal Use Only*

Case title: USA v. DONOHOE

Other court case number:  21−cr−175 (TJK) District of
Columbia

Date Filed: 03/17/2021

Date Terminated: 03/19/2021

---

Assigned to: MAG/JUDGE JOI
ELIZABETH PEAKE

**<u>Defendant (1)</u>**

**CHARLES DONOHOE**
*TERMINATED: 03/19/2021*

represented by **LISA S. COSTNER**
LISA S. COSTNER, P.A.
952 W 4TH ST., STE. 200
WINSTON−SALEM, NC 27101
336−748−1885
Email: lisa@lisacostnerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| Rule 5 Arrest | |

---

**<u>Plaintiff</u>**

**USA**

represented by **ERIC L. IVERSON**
U. S. ATTORNEY'S OFFICE − MDNC

101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336−332−6302
Fax: 336−333−5381
Email: eric.iverson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

**STEPHEN THOMAS INMAN**
U. S. ATTORNEY'S OFFICE − MDNC
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336−333−5351
Fax: 336−333−5381
Email: stephen.inman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TANNER L. KROEGER**
U. S. ATTORNEY'S OFFICE − MDNC
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336−333−5351
Email: tanner.kroeger@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/17/2021 | | 4 | Arrest (Rule 5) of CHARLES DONOHOE (Garrett, Kim) (Entered: 03/17/2021) |
| 03/17/2021 | | 5 | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE in CR−1 WS:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to CHARLES DONOHOE held on 3/17/2021. AUSA Eric Iverson. Defendant advised of rights and charges. Defendant confirmed financial was correct and requested court appointed counsel. Attorney Lisa Costner present and appointed. This matter is continued until 3/19/21 at 3:30 pm in WS CR−1 for a Status Hearing. Government instructed to file by Friday morning a basis for the motion for detention. Proceedings recorded. (Garrett, Kim) (Entered: 03/17/2021) |
| 03/17/2021 | 1 | 6 | SEALED FINANCIAL AFFIDAVIT by CHARLES DONOHOE. (Garrett, Kim) (Entered: 03/17/2021) |
| 03/17/2021 | 2 | 7 | ORDER appointing CJA Panel Attorney Lisa Costner for CHARLES DONOHOE. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/17/21. (Garrett, Kim) (Entered: 03/17/2021) |
| 03/17/2021 | 3 | 8 | **ORDER SCHEDULING DETENTION HEARING/PRELIMINARY EXAMINATION** as to CHARLES DONOHOE. Detention Hearing/Preliminary Examination set for 3/24/2021 03:00 PM in Winston−Salem Courtroom #1 before MAG/JUDGE JOI ELIZABETH PEAKE. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/17/21. (Garrett, Kim) (Entered: 03/17/2021) |

| 03/19/2021 | 4 | 9 | NOTICE OF ATTORNEY APPEARANCE TANNER L. KROEGER appearing for USA. (KROEGER, TANNER) (Entered: 03/19/2021) |
|---|---|---|---|
| 03/19/2021 | 5 | 11 | NOTICE OF ATTORNEY APPEARANCE STEPHEN THOMAS INMAN appearing for USA. (INMAN, STEPHEN) (Entered: 03/19/2021) |
| 03/19/2021 | 6 | 13 | SEALED BRIEF *Regarding Detention* by Plaintiff USA, Defendant CHARLES DONOHOE (KROEGER, TANNER) Modified on 3/19/2021 to unseal document see 9 Motion and Text Order entered 3/19/21 (Garrett, Kim). (Entered: 03/19/2021) |
| 03/19/2021 | | 23 | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE CR−1 WS:Status Conference as to CHARLES DONOHOE held on 3/19/2021. AUSA Tanner Kroeger. Attorney Lisa Costner present with defendant. The defendant elected to waive hearings in this district. Government made an oral motion to seal 6 Seal Brief. The Court instructed to file a motion to seal and a redacted copy of Sealed Brief if to remain under seal. Defendant to be transported in custody to the District of Columbia for further proceedings. Proceedings recorded. (Garrett, Kim) (Entered: 03/19/2021) |
| 03/19/2021 | 7 | 25 | WAIVER of Rule 5(c)(3) Hearing by CHARLES DONOHOE (Garrett, Kim) (Entered: 03/19/2021) |
| 03/19/2021 | 8 | 26 | Commitment Order − Rule 5 as to CHARLES DONOHOE. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/19/21. (Garrett, Kim) (Entered: 03/19/2021) |
| 03/19/2021 | 9 | 27 | MOTION to Unseal Document by USA as to CHARLES DONOHOE. Response to Motion due by 4/9/2021 (KROEGER, TANNER) (Entered: 03/19/2021) |
| 03/19/2021 | | 30 | Motions Referred: RE: 9 MOTION to Unseal Document , to MAG/JUDGE JOI ELIZABETH PEAKE (Garrett, Kim) (Entered: 03/19/2021) |
| 03/19/2021 | | 31 | **TEXT ORDER** by MAG/JUDGE JOI ELIZABETH PEAKE on 3/19/21 granting 9 Motion to Unseal Document 6 SEALED Brief as to CHARLES DONOHOE (1). (Garrett, Kim) (Entered: 03/19/2021) |
| 03/19/2021 | | 33 | Document unsealed as to CHARLES DONOHOE 6 SEALED Brief (Garrett, Kim) (Entered: 03/19/2021) |