


**Extraction Report** - Apple iOS Full File system

## Chats (2)

### Telegram (2)

#### Native (2)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 1/30/2021 5:33:02 AM(UTC-8)<br>**Last Activity:** 2/1/2021 6:10:11 AM(UTC-8)<br>**Number of attachments:** 0<br>**Source:** Telegram<br>**Source file:** e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1C940167 (Size: 873086976 bytes)<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>586406520<br>YutYut Cowabunga<br><br>573782641<br>Rufio Panman (owner)<br><br>**Identifier:** 586406520 | |

**From:** 586406520 YutYut Cowabunga

Hey man let me know when you wake up this morning I want to talk to you and help set you up for success with your move

1/30/2021 5:33:02 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x1C940167 (Size: 873086976 bytes)

**From:** 586406520 YutYut Cowabunga

Yo  RED

1/30/2021 2:53:06 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3356E7FD (Size: 873086976 bytes)

**From:** 573782641 Rufio Panman (owner)

I'll call you soon

1/30/2021 4:47:22 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3319F7BF (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
Aight
1/30/2021 4:54:18 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x33430665 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
REDACT
1/30/2021 4:54:27 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x33430A5F (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
Don't forget brother
1/30/2021 5:47:21 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x32F68722 (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**
Hey I'll call in a bit.   Is there anyone near Charlotte that would wanna go half on rent for a new place?
1/31/2021 2:13:51 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x27F9F883 (Size: 873086976 bytes)

**From: 573782641 Rufio Panman (owner)**
I'm looking to be there for like 6 months maybe a year
1/31/2021 2:14:07 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x27F9F7CF (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
Call me
1/31/2021 4:07:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x3377A4E5 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**
Missed Call
duration (in seconds): 0
1/31/2021 4:11:22 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x33787511 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**

I wake up at 9am EST

2/1/2021 2:58:55 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x338B80D6 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**

There are 7 chapters in NC so I'm sure we can find you a place to stay

2/1/2021 3:00:02 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x338D4F69 (Size: 873086976 bytes)

**From: 586406520 YutYut Cowabunga**

Call me RE

2/1/2021 6:10:11 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x338F7C51 (Size: 873086976 bytes)

**REDACTED**