From: REDACTED

Storming the capital building right now!!

1/6/2021 10:00:50 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2438294C (Size: 873086976 bytes)

From: REDACTED

Get there

1/6/2021 10:00:52 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x243828DC (Size: 873086976 bytes)

From: REDACTED
Attachments:



Size: 0
(Empty File)

1/6/2021 10:01:28 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2438286A (Size: 873086976 bytes)

From: REDACTED
Enroute

1/6/2021 10:01:31 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x243827FD (Size: 873086976 bytes)

From: REDACTED
Lol I love you

1/6/2021 10:01:42 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x24382764 (Size: 873086976 bytes)

From: REDACTED
Storming the capital building right now!!

1/6/2021 10:02:06 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x243826C8 (Size: 873086976 bytes)

From: REDACTED
Storming the capital building right now!!

1/6/2021 10:02:15 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x2438262C (Size: 873086976 bytes)

From: REDACTED
Storming the capital building right now!!

1/6/2021 10:02:20 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x24382590 (Size: 873086976 bytes)

From: REDACTED
Storming the capital building right now!!

1/6/2021 10:02:24 AM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Sh
ared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x243824F4 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000125



USAO_NORDEAN (21-CR-175)_00000126



USAO_NORDEAN (21-CR-175)_00000127

REDACTED



REDACTED





USAO_NORDEAN (21-CR-175)_00000131



USAO_NORDEAN (21-CR-175)_00000132

REDACTED



Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
8138281883108468013/postbox/db/db_sqlite : 0x27059904 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Yo if you are boots on ground roger up

1/6/2021 12:21:09 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x27059877 (Size: 873086976 bytes)

REDACTED

USAO_NORDEAN (21-CR-175)_00000134

From: 586406520 YutYut Cowabunga

Roger

1/6/2021 12:38:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801 3/postbox/db/db_sqlite : 0x2AD7FDBD (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

We are regrouping with a second force

1/6/2021 12:38:47 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801 3/postbox/db/db_sqlite (Size: 873086976 bytes)

From: ███████ REDACTED ███████
████████████████████████████████

1/6/2021 12:42:13 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-
47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2AD7FC75 (Size: 873086976
bytes)

From: 586406520 YutYut Cowabunga

Incoming national guard and DHS agents

1/6/2021 12:43:53 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801 3/postbox/db/db_sqlite : 0x2AD7FBE8 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

 Conflict Observer, 'IntelWave', on twitter:

#BREAKING
— Security forces staging, ready to move in

Attachments:



Size: 0
(Empty File)

1/6/2021 12:44:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-
511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x2AD7FA6E (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Attachments:



Size: 0
(Empty File)

1/6/2021 12:44:50 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846801 3/postbox/db/db_sqlite : 0x2AD7F990 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000135



From: 586406520 YutYut Cowabunga

Conflict Observer, 'Disclose TV', on twitter:

#URGENT
— Virginia National Guard and 200 state troopers are now being deployed to Washington DC.

Attachments:

Size: 0
(Empty File)

1/6/2021 12:45:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x245C5C34 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Trump ordering National Guard to attack... Trump supporters?

Conflict Observer, 'Disclose TV', on twitter:

#BREAKING
— President Trump orders the deployment of the National Guard.

Attachments:

Size: 0
(Empty File)

1/6/2021 12:45:42 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x245C5A8F (Size: 873086976 bytes)

From: REDACTED
REDACTED

1/6/2021 12:48:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x245C5981 (Size: 873086976 bytes)

From REDACTED

1/6/2021 12:51:30 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-8138281883108468013/postbox/db/db_sqlite : 0x27E08EE9 (Size: 873086976 bytes)

From: 

Attachments:

Size: 0
(Empty File)

1/6/2021 12:53:23 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x27E08D47 (Size: 873086976 bytes)

System Message System Message

1/6/2021 12:53:31 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x27E08CA4 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

US "Vice President" Mike Pence on twitter:
— "The violence and destruction taking place at the US Capitol Must Stop and it Must Stop
Now.

Anyone involved must respect Law Enforcement officers and immediately leave the building.

Peaceful protest is the right of every American but this attack on our Capitol will not be
tolerated and those involved will be prosecuted to the fullest extent of the law."

Attachments:



Size: 0
(Empty File)

1/6/2021 12:57:56 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/237A30D0-FE61-47D7-84D1-
511A2D9881FB/telegram-data/account-813828188310846013/postbox/db/db_sqlite : 0x27E08A27 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Attachments:



Size: 0
(Empty File)

1/6/2021 12:57:56 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x27E08949 (Size: 873086976 bytes)

From: 586406520 YutYut Cowabunga

Yo brother status update

1/6/2021 1:07:33 PM(UTC-8)

Source Info:
e577462c3126fd6117148d47ebb1077cdcd3691e_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/237A30D0-FE61-47D7-84D1-511A2D9881FB/telegram-data/account-
813828188310846013/postbox/db/db_sqlite : 0x23D20B25 (Size: 873086976 bytes)

USAO_NORDEAN (21-CR-175)_00000137

