

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*
*Direct Line: 202-252-7233*

June 2, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
952 West 4th Street
Suite 200
Winston Salem, NC 27101

Re:     *United States v. Ethan Nordean et al*, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced certain materials from Mr. Donohoe's case file maintained by the Federal Bureau of Investigation. Please note that the file names bear the titles as assigned by the FBI's electronic systems.

In addition, an index of the produced materials is included with the production. The index has been designated Sensitive under the Protective Order. The "titles" and "file names" that appear in the index are a reproduction of the information that exists in the FBI's electronic systems.

The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

## I.     Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;

(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);

(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, the government notes its continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

## II.   Notice of Rule 404(b) Evidence

The government may seek to admit evidence pursuant to Federal Rule of Evidence 404(b). In the event that the government seeks to introduce such evidence at trial, an appropriate notice or motion will be filed.

## III.   Other Information (Brady / Lewis / Giglio)

The government is aware of its *Brady* or *Giglio* obligations. If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time. *Lewis* information for the government's witnesses will be provided to you at the time of trial.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:   _____/s/_____

Jason B.A. McCullough
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov