

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Jason B.A. McCullough*
*Assistant United States Attorney*
*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*
*Direct Line:  202-252-7233*

July 2, 2021

***Via Overnight Mail***

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

    Re: <u>United States v. Ethan Nordean et al</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  Please find enclosed one Blu-ray containing seized materials from a cell phone recovered from defendant Ethan Nordean at the time of his arrest.

  The disc is labeled "Case ID: 266O-SE-3380382" (Nordean's FBI case file) and "DiscoveryCopy_242794_1B18_1." Upon opening the disc, you will find that it contains ten folders. Each of the folders contains an executable program file named "CellebriteReader.exe." Opening that file will launch the Cellebrite Reader software and load the data set <u>within that subfolder</u>. In order to view all of the files, one must open each of the ten Cellebrite Reader files on the disc.

  Screenshots of the folders and additional instructions are provided below for your reference.

1. Ten folders on the disc:



2. Two files within *each* "Data Set" folder:



3. After launching "CellebriteReader.exe," choose "Activate Later":



     Due to the size of the data, it may take some time for the files to load into Cellebrite Reader. Please contact me should you have any questions or concerns.

                                             Sincerely yours,

                                             CHANNING D. PHILLIPS
                                             ACTING UNITED STATES ATTORNEY

By:       /s/
                      Jason B.A. McCullough
                      Assistant United States Attorney
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      (202) 252-7233
                      jason.mccullough2@usdoj.gov

Enclosure