IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21-CR-175-4 (TJK) |
| v. ) | |
| ) | |
| CHARLES DONOHOE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO ADOPT DEFENDANT NORDEAN'S MOTION TO DISMISS THE FIRST SUPERSEDING INDICTMENT

NOW COMES Defendant, CHARLES DONOHOE, by and through counsel, and hereby moves this Honorable Court for leave to adopt the Motion to Dismiss the First Superseding Indictment filed June 3, 2021 (Doc. 94) in the case of co-Defendant Ethan Nordean; 1:21-CR-175-1, as the legal issues presented therein are identical to both Defendants. Defendant further informs the Court that counsel has notified the Government of the filing of this motion and the Government has indicated that they have no opposition to Mr. Donohoe joining Mr. Nordean's Motion to Dismiss.

WHEREFORE, Defendant Charles Donohoe respectfully requests that the Court grant his motion and allow him to join Defendant Nordean's Motion to Dismiss the First Superseding Indictment.

Respectfully submitted, July 28, 2021.

Louis C. Allen, III
Federal Public Defender

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jason McCullough
Luke Jones
Assistant United States Attorneys

Respectfully Submitted, July 28, 2021.

Louis C. Allen, III
Federal Public Defender

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org