

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 20, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Jonathon Moseley
5765-F Burke Centre Parkway
Suite 337
Burke, Virginia 22015

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     I write to memorialize certain productions related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this letter addresses the production of materials that have been recovered to date from devices seized during the search of the residence of Eddie Block.

On August 24, 2021, the government produced 107 media files, which are identified in Exhibit A, that were recovered from the iPhone of Eddie Block. These files were produced the same day that they were received by this office from the FBI.

On August 31, 2021, the government produced 63 media files, which are identified in Exhibit B, that were recovered from SD Card MSD04. These files were produced the same day that they were received by this office from the FBI.

On September 2, 2021, the government produced an additional 35 media files, which are identified in Exhibit C, that were recovered from SD Card MSD04. Nearly all of these files (34) were produced one day after they were received by this office from the FBI. One of these files (feb66ca09988d54274ad6d809c4629be.lrv) was received by this office on August 31, 2021, and was not uploaded to USAfx until September 2, 2021.

On September 2, 2021, the government produced an additional 7 media files, which are identified in Exhibit D, that were recovered from SD Card MSD01. All of these files were produced one day after they were received by this office from the FBI.

On September 16, 2021, the government produced one additional media file, which is identified in Exhibit E. This file was recovered from SD Card MSD04. This file was produced the same day that it was received by this office from the FBI. As set forth in my email to you on September 16, 2021, this file was identified by FBI on or about August 31, 2021; however, the file was not made available for production in USAfx. The government notes that a substantively identical file was produced in a different format on August 31, 2021. *Compare* 74b7e81e14812ea7d1e58f64756821c4.mp4 (produced on September 16, 2021) *with* ad6e67939b0f4d1b1dca344e75bb4e99.lrv (produced on August 31, 2021).

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Please contact me should you have any questions or concerns.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:      /s/
Jason B.A. McCullough
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov

2

## Exhibit A

*107 Files Produced From iPhone on August 24, 2021*

| Name | Updated ⌄ | Size |
|------|-----------|------|
| 2aa8fb9720c6dbc77b700dcddbe331bf.jpg | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 6411fea9c48b4dedbd716d2dd32071d3.mov | Aug 24, 2021 by Jason McCullough | 4 GB |
| fcf584d806f0a629dc853367db81b21e.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.6 MB |
| 1d5c4887519c3f66cda1dee2f5154512.mov | Aug 24, 2021 by Jason McCullough | 340 MB |
| d7bfd06ac8c7215d5dd6ec6d06f98c71.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.2 MB |
| 0e13f60c425286952ac69e5e664081c2.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2 MB |
| fcf584d806f0a629dc853367db81b21e.jpg | Aug 24, 2021 by Jason McCullough | 4.1 MB |
| bc52a701599f711f376b695eab816ee2.mov | Aug 24, 2021 by Jason McCullough | 27.5 MB |
| e0998825ba71788317e99b077902d982.mov | Aug 24, 2021 by Jason McCullough | 1.1 GB |
| c7e02acdb1ccfa328c4c53e0d5e8a9e5.jpeg | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| e0396d6e5906d5b9266cd31a01dea9f2.mov | Aug 24, 2021 by Jason McCullough | 26 MB |
| f0a5005f751d945d5423df1af498856b.mov | Aug 24, 2021 by Jason McCullough | 61.2 MB |
| eced61d0aaf618d9b25e3387eb800669.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |

3

| | | | |
|---|---|---|---|
| 9ce70490ebca655b188209cffe462f55.mov | Aug 24, 2021 by Jason McCullough | 2.6 GB |
| c8f32f8b6780ca0e8dd161b88511f096.mov | Aug 24, 2021 by Jason McCullough | 111.8 MB |
| d8c7793091f009e69b264f328ab39142.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.4 MB |
| c7e02acdb1ccfa328c4c53e0d5e8a9e5.jpeg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.2 MB |
| cffa82a189c76c3e9c560a16c87ce73a.jpg | Aug 24, 2021 by Jason McCullough | 2.7 MB |
| cb82abb28c0c8d4101aa079c9254c7ee.jpg | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| b00e1fb151f354c0f814c7be54bca55a.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2 MB |
| 09852a79b6ef3f7f0a392542b6d34044.mov | Aug 24, 2021 by Jason McCullough | 1 GB |
| 91976a741c5b647f6ea44de4fec8e0a1.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| 3597615d793743c2b66bb71505201a78.mov | Aug 24, 2021 by Jason McCullough | 17.1 MB |
| 44d92b1373367a998e9783f9f4d542d3.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 0609f8419a236e7e8e82bf3b05476f8a.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2 MB |
| 75419402127dc286106d6c19cb06e210.mov | Aug 24, 2021 by Jason McCullough | 6.5 MB |
| 2711b5f15b3535ae10bca58c0030937a.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| 448de87a625d2b2a890f7ce0c788926a.jpeg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 0035f19920e0967779a4088fdb8a88a3.mov | Aug 24, 2021 by Jason McCullough | 26.6 MB |
| 8ef224c8104a74e5a81c41e07a7f985c.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 300F7F~1.PNG | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| 38a4e773c2ab992780229bd07a878280.mov | Aug 24, 2021 by Jason McCullough | 318.1 MB |
| 183f7f32750b3a53013c92a5a96524ba.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| 486f40f14a3280fcbc9b36aa9e9045f7.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| 42e8fcaf7c563aa8b747db5b321abf53.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| 74e9f936887c83721f9090111b98b1ab.mov | Aug 24, 2021 by Jason McCullough | 37.8 MB |
| 64a588dedb04c9438c622ce9f0968233.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 4b80579e6c1220aeee09a307da532ef8.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2 MB |
| 63af8b3b137b2f0d5dc4a6f5e52b4e33.jpg | Aug 24, 2021 by Jason McCullough | 2.9 MB |

| | | |
|---|---|---|
| e07f9bc0ff19b06c0d23a75f1d675bfb.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| 30c6659f85574fef1ef621018dad304c.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| b8b871324e80b6e278f70ab55e948af8.mov | Aug 24, 2021 by Jason McCullough | 16.5 GB |
| 8c1bc426409494f635e8eba908875e77.mov | Aug 24, 2021 by Jason McCullough | 631.3 MB |
| 473ade0426e3b45e09d771d64732a300.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.1 MB |
| eced61d0aaf618d9b25e3387eb800669.jpg | Aug 24, 2021 by Jason McCullough | 2.8 MB |
| e9f1dba630652704141dcd5922aa1a35.mov | Aug 24, 2021 by Jason McCullough | 787.6 MB |
| 0609f8419a236e7e8e82bf3b05476f8a.jpg | Aug 24, 2021 by Jason McCullough | 2.8 MB |
| 42e8fcaf7c563aa8b747db5b321abf53.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| 5011B7~1.PNG | Aug 24, 2021 by Jason McCullough | 2.1 MB |
| 6f36b12b7861e395be74fdea1868a474.mov | Aug 24, 2021 by Jason McCullough | 930.3 MB |
| 931666c8f3b7ca14446e601e048d2867.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| 9bd1fabd740c57dfff155add1dbce129.mov | Aug 24, 2021 by Jason McCullough | 12.1 MB |
| 60d2f4b00ac6992e17623d5e50edb92a.mp4 | Aug 24, 2021 by Jason McCullough | 894.8 KB |
| 2aa8fb9720c6dbc77b700dcddbe331bf.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.3 MB |
| 027eefae57c11e421da62db35f95b32a.jpg | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| 0e13f60c425286952ac69e5e664081c2.jpg | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| b5b9821c0305a9b18a05836e67a3ca46.jpg | Aug 24, 2021 by Jason McCullough | 1.4 MB |
| 54988dc0400a0e2a3b51738ec5a0a9ca.mov | Aug 24, 2021 by Jason McCullough | 1.7 GB |
| b5b9821c0305a9b18a05836e67a3ca46.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.6 MB |
| 5478947e643862d10dce9ca2fbd1c533.mp4 | Aug 24, 2021 by Jason McCullough | 1 MB |
| 91976a741c5b647f6ea44de4fec8e0a1.jpg | Aug 24, 2021 by Jason McCullough | 2.4 MB |
| cffa82a189c76c3e9c560a16c87ce73a.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2 MB |
| 6899ce9498fe9c8f499a90734f65085b.mov | Aug 24, 2021 by Jason McCullough | 662.3 MB |
| d8c7793091f009e69b264f328ab39142.jpg | Aug 24, 2021 by Jason McCullough | 3.2 MB |

| | | | |
|---|---|---|---|
| | 40621180b42d40dd14bc02cd60353e19.mov | Aug 24, 2021 by Jason McCullough | 567.7 MB |
| | 982a0ab9303ea6b2d1aa792dcb161098.jpg | Aug 24, 2021 by Jason McCullough | 2.4 MB |
| | 64a588dedb04c9438c622ce9f0968233.jpg | Aug 24, 2021 by Jason McCullough | 2 MB |
| | 183f7f32750b3a53013c92a5a96524ba.jpg | Aug 24, 2021 by Jason McCullough | 1.6 MB |
| | ddcfb9b3b2a16d18dbd2a4870672c744.mov | Aug 24, 2021 by Jason McCullough | 96.1 MB |
| | 4272b6ea311c086c5702d37eebf3acd8.mov | Aug 24, 2021 by Jason McCullough | 3.4 GB |
| | 4ccfa3cc84a79520119df8eb2918e355.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| | 26a97ee19e153a9d72b30bcca1a69eff.mov | Aug 24, 2021 by Jason McCullough | 599.8 MB |
| | 931666c8f3b7ca14446e601e048d2867.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| | b00e1fb151f354c0f814c7be54bca55a.jpg | Aug 24, 2021 by Jason McCullough | 2.7 MB |
| | e07f9bc0ff19b06c0d23a75f1d675bfb.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| | 38ad70314c256982c5a8e75b8dc89f54.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.6 MB |
| | 80295f0bb09f34ce15bc7edb7c8338e1.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| | 8ef224c8104a74e5a81c41e07a7f985c.jpg | Aug 24, 2021 by Jason McCullough | 2.3 MB |
| | 851f3e95c805e6eaa215bc7cece5fdf4.mov | Aug 24, 2021 by Jason McCullough | 504.3 MB |
| | 80295f0bb09f34ce15bc7edb7c8338e1.jpg | Aug 24, 2021 by Jason McCullough | 1.5 MB |
| | 63af8b3b137b2f0d5dc4a6f5e52b4e33.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.2 MB |
| | 473ade0426e3b45e09d771d64732a300.jpg | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| | 2711b5f15b3535ae10bca58c0030937a.jpg | Aug 24, 2021 by Jason McCullough | 2.4 MB |
| | 06c31a9b3f20c32bcad23b8901a1b1ff.mov | Aug 24, 2021 by Jason McCullough | 499.5 MB |
| | 44d92b1373367a998e9783f9f4d542d3.jpg | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| | 8A9D84~1.PNG | Aug 24, 2021 by Jason McCullough | 2.2 MB |
| | d7bfd06ac8c7215d5dd6ec6d06f98c71.jpg | Aug 24, 2021 by Jason McCullough | 1.5 MB |
| | 9be304b50e63c1310189db7f161b595b.mov | Aug 24, 2021 by Jason McCullough | 133.6 MB |
| | 30c6659f85574fef1ef621018dad304c.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.3 MB |
| | 448de87a625d2b2a890f7ce0c788926a.jpeg | Aug 24, 2021 by Jason McCullough | 2.5 MB |

| | | | |
|---|---|---|---|
| | 7037F2~1.PNG | Aug 24, 2021 by Jason McCullough | 2.3 MB |
| | 4ccfa3cc84a79520119df8eb2918e355.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| | 28d66a48bf274b9a6e44136b67bb3a5d.mov | Aug 24, 2021 by Jason McCullough | 3.3 MB |
| | 027eefae57c11e421da62db35f95b32a.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| | 7ef8f4a02900d3da3458dabec504bba3.jpg | Aug 24, 2021 by Jason McCullough | 1.8 MB |
| | 6C70E3~1.PNG | Aug 24, 2021 by Jason McCullough | 2.5 MB |
| | 9ad65acedd5661ffe791c121fa1d6487.mov | Aug 24, 2021 by Jason McCullough | 5.6 MB |
| | 486f40f14a3280fcbc9b36aa9e9045f7.jpg | Aug 24, 2021 by Jason McCullough | 2.4 MB |
| | 5136808097d9cf6e882dfecd6cb86f95.mov | Aug 24, 2021 by Jason McCullough | 1.2 GB |
| | 608ae1e1cefce27a027cfe6d93a5c08e.mov | Aug 24, 2021 by Jason McCullough | 9.9 MB |
| | 38ad70314c256982c5a8e75b8dc89f54.jpg | Aug 24, 2021 by Jason McCullough | 1.7 MB |
| | cb82abb28c0c8d4101aa079c9254c7ee.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 1.9 MB |
| | 982a0ab9303ea6b2d1aa792dcb161098.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.2 MB |
| | be8bd602e435a573783016f85d138be3.mov | Aug 24, 2021 by Jason McCullough | 6.8 MB |
| | 90f303a8d398f0a2da2af99f523bee6c.mov | Aug 24, 2021 by Jason McCullough | 146.2 MB |
| | 4b80579e6c1220aeee09a307da532ef8.jpg | Aug 24, 2021 by Jason McCullough | 2.7 MB |
| | 7ef8f4a02900d3da3458dabec504bba3.jpg.thumbnail.large.png | Aug 24, 2021 by Jason McCullough | 2.5 MB |

**Exhibit B**

*13 Files Produced From 1B81 SD Card MSD04 on August 31, 2021*

| Name | Updated ⌄ | Size |
|---|---|---|
| 531b1d07ed74c3effb831925a19b9f33.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 3f1863cfac35550d37cb22d6c91c0f34.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| fe102ef1f849ffc684af95231b6879f8.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 763f9bc8c6743b04c6060ad4c2e4e485.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| c012a0c27ea34bb5640f16d7e3ecd44f.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| bc102cfa22e18d851d0798116ea5a333.lrv | Aug 31, 2021 by Jason McCullough | 54.1 MB |
| e3a6ee4af9799cb853fc609eea49f30b.mp4 | Aug 31, 2021 by Jason McCullough | 1.2 GB |
| 6982e452b7b79bac61bfd936a906c6bf.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 518b03e915c0664e4a6a337c15ef4ed2.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 80d8c2c03b176fb153f63ec0b83aca6c.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 7773396753d03f94c2f5316980394b2d.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 8e1a266fa5c064c66b27b1162f37cefa.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 1a7a4a3f78a2539b818c93dccc105f05.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |

*50 Files Produced From 1B81 SD Card MSD04 on August 31, 2021*

| Name | Updated ⌄ | Size |
|---|---|---|
| fe102ef1f849ffc684af95231b6879f8.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| fdfffc3173f535df477ff772add9db97.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| fdd7427d1923a57a14082e3d21e2b6f6.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| e67a53062402745ea0e5537b7e9f9a15.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| dd4ee5925afcb4973f2de5c5b2118e97.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| d86a7122de7bf34b772ad3bff308816b.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| d4f72a2b31853ba2afd379e5a559e485.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| d0de73f347146081737ade1ac3a4e3e0.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| c8823ff50797b0af0a2e8090f4b6060b.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| c1cf77669120ed67657f30410fd1eb98.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| c055551dd429da88177b44ef9c5bed5e.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| bdbd0ecd85992f7518560b88d9b90b85.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| bce73d9dca9d871c95968b09a3050899.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| bbccd1b3714ed36030dada79f74fd095.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| b9ebb35c0d28d2afd581d9defae0c401 (1).lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| b8f6aaee8e46b00044e1249680462b90.lrv | Aug 31, 2021 by Jason McCullough | 174.6 MB |
| b6e68e1fb2c5e1ee68811be659b57b9e.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| ad6e67939b0f4d1b1dca344e75bb4e99.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| a87b41ca96b906c5c7241aaa242f2ce4.lrv | Aug 31, 2021 by Jason McCullough | 175.1 MB |
| 9a0954cbadb0a704a7ea21c2c077fd67.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 996eee28ed973555f1d169bbc45e3c17.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| 987427372618e1326e1997885bb036d9.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 98621c638066636a937c859726d0b2da.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| 8cf28b95b4fef2495577c027360e4055.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 8b83a0de4fb8f28ae71205fb4587b834.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 854a49f94e9ff7b6e1fd07649510ee24.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |

| | | |
|---|---|---|
| 8258604fa9c14c332e4281ee47a587cd.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 7e0b72762f9615e5767e7edb7d027c0c (1).mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 7ad1a2a750da8e4019a7dc168e38bb34.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 7923867141eee9160372225a4fdecbac.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 788810319e10abd5fecdf2f6004e9fb0.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 6ee5fb9e57326ca7d25f58ba6e69855d.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 682eefd7d95e0cf9b6fb987be8260991.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 664d15ba3a3141e17792bf4d302fd6da.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 66034cae7da20ae27cbbe015a01dcb29.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 63c2cb5e36fcf71c8951823af71d35dc.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 5ba850ef6a43ce0706d43625a37c68e4.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 5685d5364977e68380cc7b95c1242312.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 53e46f2a43e8f9d463131deafa0ce15e.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 527a31656bb6b0786614f9653ac27304.lrv | Aug 31, 2021 by Jason McCullough | 174.8 MB |
| 4aa9877e6bfc4f514b3038048c2f12ea.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 3aac2f3de35fd0300156c8f259c75c2c.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 3537e9867736c40a54e03988bb608b5f.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| 2b2274073b9f656586539f6843efd1e2.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 1fdd02fa63e960b3360c546c4bed7726.lrv | Aug 31, 2021 by Jason McCullough | 174.9 MB |
| 1e85360a4618e70f747deb8a43641592.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 1aa06ef1aceff10da6da8262016b5d89.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 1480b08135c8ba7b0d3bcfb0c7c4d495.mp4 | Aug 31, 2021 by Jason McCullough | 3.7 GB |
| 0f916a29f4901c72d6affd5cfeccec53.lrv | Aug 31, 2021 by Jason McCullough | 175 MB |
| 0c1058b30448d93239b16068c1b32493 (1).lrv | Aug 31, 2021 by Jason McCullough | 175 MB |

## Exhibit C

*35 Files Produced From 1B81 SD Card MSD04 on September 2, 2021*

| Name | Updated ⌄ | Size |
|---|---|---|
| feb66ca09988d54274ad6d809c4629be.lrv | Sep 2, 2021 by Jason McCullough | 174.9 MB |
| | | |
| 7f2eae293ad954f20544df2c0d72554f.mp4 | Sep 2, 2021 by Jason McCullough | 31.6 GB |
| 440ba0d9aec61f94cfef3f3b410d26ce.mp4 | Sep 2, 2021 by Jason McCullough | 22.7 GB |
| 0f04b9eadb77362100638e59abf28689.jpeg | Sep 2, 2021 by Jason McCullough | 15.1 KB |
| 4bf01445d13f240718273a2573be4b6f.jpeg | Sep 2, 2021 by Jason McCullough | 15.7 KB |
| 6429e116d1898eb9540ef597ccac37ad.jpeg | Sep 2, 2021 by Jason McCullough | 15.3 KB |
| add04607850c1aeac30c3f2dcfc8f895.jpeg | Sep 2, 2021 by Jason McCullough | 18 KB |
| 39577c80c7486a8a0d6892e3bb36c668.jpeg | Sep 2, 2021 by Jason McCullough | 18.1 KB |
| c7d808fe39c8a09f0487715bfa5fcbcd.jpeg | Sep 2, 2021 by Jason McCullough | 17.6 KB |
| 605f564a15e404c787c48fa578aab55b.jpeg | Sep 2, 2021 by Jason McCullough | 18.1 KB |
| e14399ac477448c9e04eed9beabfd85c.jpeg | Sep 2, 2021 by Jason McCullough | 15.4 KB |
| c06d3457577839f100c5126ef72d7220.jpeg | Sep 2, 2021 by Jason McCullough | 15.8 KB |
| 516cfa952ca33529a4324a8138bde841.jpeg | Sep 2, 2021 by Jason McCullough | 14.6 KB |
| 62023be4e36e630326d1b76c1e894e5b.jpeg | Sep 2, 2021 by Jason McCullough | 17.6 KB |

| | | | |
|---|---|---|---|
| | e3ed7e1a4e2eb02f34e490deb6a52f94.jpeg | Sep 2, 2021 by Jason McCullough | 14.7 KB |
| | 124f96e95feb06fe14e152b469ff20b3.jpeg | Sep 2, 2021 by Jason McCullough | 17.9 KB |
| | 7d7057759f419fc5814578bddc839a4a.jpeg | Sep 2, 2021 by Jason McCullough | 14.6 KB |
| | a9173258ebacdb5ad463880762a2f034.jpeg | Sep 2, 2021 by Jason McCullough | 14.7 KB |
| | 5fcb8a9f6e72cc3cbd72cdbc14aafb33.jpeg | Sep 2, 2021 by Jason McCullough | 17 KB |
| | 5dcabe28c8cbf8253652252a506e8a33.jpeg | Sep 2, 2021 by Jason McCullough | 16.7 KB |
| | 74d09c124e1af2429b353e8352c1c45b.jpeg | Sep 2, 2021 by Jason McCullough | 17.6 KB |
| | ef7b466bc10b2873da2068a74490a01d.jpeg | Sep 2, 2021 by Jason McCullough | 16.1 KB |
| | 757721a6648660cd558efe212397b90d.jpeg | Sep 2, 2021 by Jason McCullough | 16.4 KB |
| | a74bf2f7d2e81dc1a6a70b2dda74eda0.jpeg | Sep 2, 2021 by Jason McCullough | 17.4 KB |
| | d99ca354015b358c11d53294fc74fbf0.jpeg | Sep 2, 2021 by Jason McCullough | 17.8 KB |
| | 356d86cd18e0c2e3b9193fb5e37e97fb.jpeg | Sep 2, 2021 by Jason McCullough | 16.5 KB |
| | 78332cbfea3f4fe54124b25c75f66a8b.jpeg | Sep 2, 2021 by Jason McCullough | 17.3 KB |
| | aac816bc6a84d3d6505158c76e931dd6.jpeg | Sep 2, 2021 by Jason McCullough | 17.5 KB |
| | bfc69ce488a7c52d248505966836ca1b.jpeg | Sep 2, 2021 by Jason McCullough | 16.2 KB |
| | 39b73617fd004252f4bcea79091cd521.jpeg | Sep 2, 2021 by Jason McCullough | 13.3 KB |
| | 8a91a0107e8c186bc91fc25d916d3076.jpeg | Sep 2, 2021 by Jason McCullough | 17.4 KB |
| | fdf32ea3a8cb919c0ecd6e6965fc5104.jpeg | Sep 2, 2021 by Jason McCullough | 17.8 KB |
| | 51142d7c087e30c7481df8d098249c88.jpeg | Sep 2, 2021 by Jason McCullough | 16.2 KB |
| | 2516136ecd925d9aa5f20446047653e6.jpeg | Sep 2, 2021 by Jason McCullough | 17.9 KB |
| | 51ecf0e8042a6947d226773328eb8898.jpeg | Sep 2, 2021 by Jason McCullough | 17.2 KB |

**Exhibit D**

*7 Files Produced From 1B81 SD Card MSD01 on September 2, 2021*

| Name | Updated ⌄ | Size |
|------|-----------|------|
| 7716386c5adabcdf752279a0976f2724.jpeg.thumbnail.large.png | Sep 2, 2021 by Jason McCullough | 832.7 KB |
| 706a1a2166ed0016444626a13481fab4.jpeg | Sep 2, 2021 by Jason McCullough | 17.5 KB |
| b5cd82d8cb68f60c33e98d4fa82dfbab.jpeg | Sep 2, 2021 by Jason McCullough | 14.7 KB |
| 7716386c5adabcdf752279a0976f2724.jpeg | Sep 2, 2021 by Jason McCullough | 17.9 KB |
| 7d5a0343e069d400493dc613c6bbbe24.jpeg | Sep 2, 2021 by Jason McCullough | 17.7 KB |
| 5fb212706a93552f0733c56e9540e4e2.jpeg | Sep 2, 2021 by Jason McCullough | 17.4 KB |
| a1cf5582aa7bc297f17446b12ead7de8.jpeg | Sep 2, 2021 by Jason McCullough | 17.9 KB |

## **Exhibit E**

*1 File Produced From 1B81 SD Card MSD04 on September 16, 2021*

| Name | Updated ⌄ | Size |
|---|---|---|
| 74b7e81e14812ea7d1e58f64756821c4.mp4 | Sep 16, 2021 by Jason McCullough | 3.7 GB |