

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 21, 2021

***Via Email and Electronic File Transfer***

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Jonathon Moseley
5765-F Burke Centre Parkway
Suite 337
Burke, Virginia 22015

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Re:   <u>*United States v. Ethan Nordean et al.*</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.

This production includes materials from that were produced in cross-discovery in *United States v. Dominic Pezzola et al.*, 1:21-cr-52 (TJK), a case pending before Judge Kelly.  The materials, which are being made available to you on USAfx, are from Dominic Pezzola's FBI file, and they are listed on the index accompanying the materials.  As with other cross-discovery productions, the materials are designative Sensitive pursuant to the protective orders in this case. The materials are combined in a folder titled "2021.10.21 Cross-Discovery from Pezzola."  The file names in the index are those that appear in FBI systems.  In some instances, the actual names of the files produced are slightly altered to indicate documents that are redacted or to shorten the names based on space limitations.

Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

Sincerely yours,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____

Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
|---|---|
| Title | File Name |
| | 0176-WF-3366759-PEZZOLA_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000002_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000003_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000004_1A0000001_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000002.jpg |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000006.jpg |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000009.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000010.pdf |
| | 0176-WF-3366759-PEZZOLA_0000007_1A0000002_0000012.jpg |
| | 0176-WF-3366759-PEZZOLA_0000008_Import.docx |
| | 0176-WF-3366759-PEZZOLA_0000009.pdf |
| | 0176-WF-3366759-PEZZOLA_0000010.pdf |
| | 0176-WF-3366759-PEZZOLA_0000013.pdf |
| | 0176-WF-3366759-PEZZOLA_0000015.pdf |
| | 0176-WF-3366759-PEZZOLA_0000015_1A0000004_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000016.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017_1A0000007_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000017_1A0000007_0000002.jpeg |
| | 0176-WF-3366759-PEZZOLA_0000018.pdf |
| | 0176-WF-3366759-PEZZOLA_0000019.pdf |
| | 0176-WF-3366759-PEZZOLA_0000019_1A0000009_0000001.png |
| | 0176-WF-3366759-PEZZOLA_0000020.pdf |
| | 0176-WF-3366759-PEZZOLA_0000020_1A0000011_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000023.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025_1A0000014_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000025_1A0000014_0000002.png |
| | 0176-WF-3366759-PEZZOLA_0000026.pdf |
| | 0176-WF-3366759-PEZZOLA_0000026_1A0000015_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000027.pdf |
| | 0176-WF-3366759-PEZZOLA_0000027_1A0000016_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000028.pdf |
| | 0176-WF-3366759-PEZZOLA_0000028_1A0000017_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000029.pdf |
| | 0176-WF-3366759-PEZZOLA_0000029_1A0000018_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000030_1A0000019_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000031.pdf |
| | 0176-WF-3366759-PEZZOLA_0000032.pdf |
| | 0176-WF-3366759-PEZZOLA_0000032_1A0000020_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033_1A0000021_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000033_1A0000021_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000034_1A0001172_0000003_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000035.pdf |
| | 0176-WF-3366759-PEZZOLA_0000035_1A0000022_0000001_PHYSICAL.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
|---|---|
| Title | File Name |
| | 0176-WF-3366759-PEZZOLA_0000036.pdf |
| | 0176-WF-3366759-PEZZOLA_0000036_1A0000023_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000037.pdf |
| | 0176-WF-3366759-PEZZOLA_0000037_1A0000024_0000001.mp4 |
| | 0176-WF-3366759-PEZZOLA_0000037_1A0000024_0000002.mp4 |
| | 0176-WF-3366759-PEZZOLA_0000038.pdf |
| | 0176-WF-3366759-PEZZOLA_0000038_Import.mov |
| | 0176-WF-3366759-PEZZOLA_0000039.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000004.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000005.pdf |
| | 0176-WF-3366759-PEZZOLA_0000039_1A0000025_0000006.pdf |
| | 0176-WF-3366759-PEZZOLA_0000041.pdf |
| | 0176-WF-3366759-PEZZOLA_0000041_1A0000002_0000001.msg |
| | 0176-WF-3366759-PEZZOLA_0000041_1A0000002_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000044.pdf |
| | 0176-WF-3366759-PEZZOLA_0000044_1A0001919_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000046_1A0000029_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000001.txt |
| | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000047_1A0000030_0000003.html |
| | 0176-WF-3366759-PEZZOLA_0000048_1A0000031_0000001.msg |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000002.txt |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000003.asc |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000004.txt |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000005.txt |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000006.txt |
| | 0176-WF-3366759-PEZZOLA_0000049_1A0000032_0000007.txt |
| | 0176-WF-3366759-PEZZOLA_0000050_1A0000033_0000002.msg |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000001.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000002.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000003.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000004.pdf |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000005.pdf |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000006.pdf |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000007.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000008.pdf |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000009.html |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000010.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000011.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000012.csv |
| | 0176-WF-3366759-PEZZOLA_0000051_1A0000034_0000013.msg |
| | 0176-WF-3366759-PEZZOLA_0000053.pdf |
| | 0176-WF-3366759-PEZZOLA_0000053_1A0000036_0000001.PNG |
| | 0176-WF-3366759-PEZZOLA_0000053_1A0000037_0000001.jfif |
| | 0176-WF-3366759-PEZZOLA_0000054.pdf |
| | 0176-WF-3366759-PEZZOLA_0000054_1A0000038_0000001.xlsx |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000002.xls |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000003.htm |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000004.pdf |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000005.html |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000006.xls |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000007.pdf |
| | 0176-WF-3366759-PEZZOLA_0000055_1A0000039_0000008.pdf |
| | 0176-WF-3366759-PEZZOLA_0000056.pdf |
| | 0176-WF-3366759-PEZZOLA_0000056_1A0000040_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000057.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
|---|---|
| Title | File Name |
| | |
| | 0176-WF-3366759-PEZZOLA_0000058.pdf |
| | 0176-WF-3366759-PEZZOLA_0000058_1A0000041_0000001.docx |
| | 0176-WF-3366759-PEZZOLA_0000059.pdf |
| | 0176-WF-3366759-PEZZOLA_0000060.pdf |
| | 0176-WF-3366759-PEZZOLA_0000060_1A0000004_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000060_1A0000005_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000061.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000063.pdf |
| | 0176-WF-3366759-PEZZOLA_0000069.pdf |
| | 0176-WF-3366759-PEZZOLA_0000069_1A0000046_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000074.pdf |
| | 0176-WF-3366759-PEZZOLA_0000077_1A0000052_0000001.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000078.pdf |
| | 0176-WF-3366759-PEZZOLA_0000078_1A0000003_0000001.xlsx |
| | 0176-WF-3366759-PEZZOLA_0000079.pdf |
| | 0176-WF-3366759-PEZZOLA_0000079_Import.pdf |
| | 0176-WF-3366759-PEZZOLA_0000080.pdf |
| | 0176-WF-3366759-PEZZOLA_0000080_1A0000007_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000080_1A0000008_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000084.pdf |
| | 0176-WF-3366759-PEZZOLA_0000084_1A0000010_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000085.pdf |
| | 0176-WF-3366759-PEZZOLA_0000087.pdf |
| | 0176-WF-3366759-PEZZOLA_0000087_1A0000054_0000001.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000088.pdf |
| | 0176-WF-3366759-PEZZOLA_0000088_1A0000055_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000090.pdf |
| | 0176-WF-3366759-PEZZOLA_0000090_1A0004683_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000093.pdf |
| | 0176-WF-3366759-PEZZOLA_0000093_1A0000058_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000094.pdf |
| | 0176-WF-3366759-PEZZOLA_0000095.pdf |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000002.pdf |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000003.csv |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000004.png |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000005.pdf |
| | 0176-WF-3366759-PEZZOLA_0000095_1A0000060_0000008.pdf |
| | 0176-WF-3366759-PEZZOLA_0000096_1A0000061_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000096_Import.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000097.pdf |
| | 0176-WF-3366759-PEZZOLA_0000097_1A0000062_0000001.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000099.pdf |
| | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000002.zip |
| | 0176-WF-3366759-PEZZOLA_0000099_1A0000007_0000003.zip |
| | 0176-WF-3366759-PEZZOLA_0000101_1A0000065_0000001.zip |
| | 0176-WF-3366759-PEZZOLA_0000103.pdf |
| | 0176-WF-3366759-PEZZOLA_0000103_1A0000009_0000001.pdf |
| | |
| | 0176-WF-3366759-PEZZOLA_0000105.pdf |
| | 0176-WF-3366759-PEZZOLA_0000107.pdf |
| | 0176-WF-3366759-PEZZOLA_0000109.pdf |
| | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000001.jpeg |
| | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000002.jfif |
| | |
| | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000003.pdf |
| | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000004.jpg |
| | 0176-WF-3366759-PEZZOLA_0000109_1A0000001_0000005.jpg |
| | |
| | 0176-WF-3366759-PEZZOLA_0000110.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
|---|---|
| **Title** | **File Name** |
| | 0176-WF-3366759-PEZZOLA  0000110  Import.pdf |
| | 0176-WF-3366759-PEZZOLA  0000111.pdf |
| | 0176-WF-3366759-PEZZOLA  0000111  Import.pdf |
| | 0176-WF-3366759-PEZZOLA  0000112.pdf |
| | 0176-WF-3366759-PEZZOLA  0000112  1A0000006  0000003.pdf |
| | 0176-WF-3366759-PEZZOLA  0000112  1A0000006  0000004.pdf |
| | 0176-WF-3366759-PEZZOLA  0000112  1A0000006  0000005.pdf |
| | 0176-WF-3366759-PEZZOLA  0000113.pdf |
| | 0176-WF-3366759-PEZZOLA  0000113  1A0010020  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000114.pdf |
| | 0176-WF-3366759-PEZZOLA  0000114  1A0000008  0000001.msg |
| | 0176-WF-3366759-PEZZOLA  0000116.pdf |
| | 0176-WF-3366759-PEZZOLA  0000117  1A0000066  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000117  1A0000067  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000117  1A0000067  0000002.html |
| | 0176-WF-3366759-PEZZOLA  0000117  1A0000067  0000003.html |
| | 0176-WF-3366759-PEZZOLA  0000119  1A0000071  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000120  1A0000073  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000121.pdf |
| | 0176-WF-3366759-PEZZOLA  0000124.pdf |
| | 0176-WF-3366759-PEZZOLA  0000124  1A0000012  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000126  1A0000076  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000128.pdf |
| | 0176-WF-3366759-PEZZOLA  0000128  1A0000078  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000128  1A0000078  0000002.mov |
| | 0176-WF-3366759-PEZZOLA  0000129  1A0000082  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000130  1A0000084  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000130  1A0000084  0000002.pdf |
| | 0176-WF-3366759-PEZZOLA  0000133.pdf |
| | 0176-WF-3366759-PEZZOLA  0000133  1A0000002  0000002.jpeg |
| | 0176-WF-3366759-PEZZOLA  0000133  1A0000002  0000004.pdf |
| | 0176-WF-3366759-PEZZOLA  0000133  1A0000003  0000001  PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA  0000134.pdf |
| | 0176-WF-3366759-PEZZOLA  0000135  1A0000086  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000135  1A0000086  0000002.zip |
| | 0176-WF-3366759-PEZZOLA  0000136.pdf |
| | 0176-WF-3366759-PEZZOLA  0000136  1A0000088  0000001  PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137  1A0000089  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137  1A0000089  0000002.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137  1A0000089  0000003.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137  1A0000089  0000004.pdf |
| | 0176-WF-3366759-PEZZOLA  0000137  1A0000090  0000001.3gp |
| | 0176-WF-3366759-PEZZOLA  0000138.pdf |
| | 0176-WF-3366759-PEZZOLA  0000138  1A0007189  0000001.vcf |
| | 0176-WF-3366759-PEZZOLA  0000138  1A0007189  0000002.txt |
| | 0176-WF-3366759-PEZZOLA  0000138  1A0007189  0000003.pdf |
| | 0176-WF-3366759-PEZZOLA  0000139.pdf |
| | 0176-WF-3366759-PEZZOLA  0000139  1A0000091  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000139  1A0000091  0000002.pdf |
| | 0176-WF-3366759-PEZZOLA  0000139  1A0000091  0000003.pdf |
| | 0176-WF-3366759-PEZZOLA  0000140  1A0000093  0000001.zip |
| | 0176-WF-3366759-PEZZOLA  0000140  1A0000093  0000002.pdf |
| | 0176-WF-3366759-PEZZOLA  0000143.pdf |
| | 0176-WF-3366759-PEZZOLA  0000143  1A0000096  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000144.pdf |
| | 0176-WF-3366759-PEZZOLA  0000144  1A0000097  0000001.pdf |
| | 0176-WF-3366759-PEZZOLA  0000148.pdf |
| | 0176-WF-3366759-PEZZOLA  0000148  Import.pdf |

| U.S. v. Nordean et al., 21-cr-175 - Cross Production of Pezzola Files (10.21.2021) | |
|---|---|
| Title | File Name |
| | 0176-WF-3366759-PEZZOLA_0000156.pdf |
| | 0176-WF-3366759-PEZZOLA_0000160.pdf |
| | 0176-WF-3366759-PEZZOLA_0000161.pdf |
| | 0176-WF-3366759-PEZZOLA_0000163.pdf |
| | 0176-WF-3366759-PEZZOLA_0000163_1A0000104_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000164.pdf |
| | 0176-WF-3366759-PEZZOLA_0000165.pdf |
| | 0176-WF-3366759-PEZZOLA_0000165_1A0002502_0000001.jpeg |
| | 0176-WF-3366759-PEZZOLA_0000166_1A0011677_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000016_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000001.PNG |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000002.PNG |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000003.PNG |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000004.PNG |
| | 0176-WF-3366759-PEZZOLA_0000167_1A0000017_0000005.PNG |
| | 0176-WF-3366759-PEZZOLA_0000168.pdf |
| | 0176-WF-3366759-PEZZOLA_0000168_Import.pdf |
| | 0176-WF-3366759-PEZZOLA_0000171.pdf |
| | 0176-WF-3366759-PEZZOLA_0000171_1A0000018_0000001.mp4 |
| | 0176-WF-3366759-PEZZOLA_0000173.pdf |
| | 0176-WF-3366759-PEZZOLA_0000173_1A0000016_0000001_PHYSICAL.pdf |
| | 0176-WF-3366759-PEZZOLA_0000174.pdf |
| | 0176-WF-3366759-PEZZOLA_0000174_1A0000105_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000175.pdf |
| | 0176-WF-3366759-PEZZOLA_0000176.pdf |
| | 0176-WF-3366759-PEZZOLA_0000177.pdf |
| | 0176-WF-3366759-PEZZOLA_0000180.pdf |
| | 0176-WF-3366759-PEZZOLA_0000180_1A0000107_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000181.pdf |
| | 0176-WF-3366759-PEZZOLA_0000182.pdf |
| | 0176-WF-3366759-PEZZOLA_0000182_1A0000108_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000184.pdf |
| | 0176-WF-3366759-PEZZOLA_0000184_1A0009855_0000001.pdf |
| | 0176-WF-3366759-PEZZOLA_0000185.pdf |
| | 0176-WF-3366759-PEZZOLA_0000187.pdf |
| | 0176-WF-3366759-PEZZOLA_0000187_Import.pdf |
| | 0176-WF-3366759-PEZZOLA_0000188.pdf |
| | 0176-WF-3366759-PEZZOLA_0000189_1A0009189_0000001.pdf |