# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 21-3046**                                       **September Term, 2021**

1:21-cr-00175-TJK-4

**Filed On: November 22, 2021** [1923508]

United States of America,

         Appellee

    v.

Charles Donohoe,

         Appellant

### M A N D A T E

In accordance with the judgment of September 27, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                   BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed September 27, 2021