UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| ETHAN NORDEAN, | : | |
| also known as "Rufio Panman," | : | |
| JOSEPH BIGGS, | : | |
| ZACHARY REHL, and | : | |
| CHARLES DONOHOE, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S NOTICE REGARDING DISCOVERY CORRESPONDENCE**

The United States of America, by and through undersigned counsel, respectfully submits this notice of recent correspondence to defense counsel regarding discovery productions. Filed as attachments to this notice are letters to counsel, identified in the following chart:

| Attachment | Date | Recipients and Content |
|---|---|---|
| 1 | 11/30/2021 | Counsel for Nordean (Nordean Sentinel Files) |
| 2 | 12/3/2021 | Counsel for Biggs (Biggs Sentinel Files) |
| 3 | 12/13/2021 | Counsel for Donohoe (Donohoe Sentinel Files) |
| 4 | 12/14/2021 | Counsel for Rehl (Rehl Sentinel Files) |
| 5 | 12/17/2021 | Counsel for All Defendants (Memorializing Cross Discovery) |
| 6 | 12/23/2021 | Counsel for All Defendants (Biggs Sentinel Files) |
| 7 | 12/27/2021 | Counsel for All Defendants (Media obtained via Search Warrrant) |
| 8 | 1/14/2022 | Counsel for All Defendans (U.S. Capitol Viewing Letter) |
| 9 | 1/21/2022 | Counsel for Rehl (Re-production of unscoped image of Rehl's phone) |
| 10 | 1/26/2022 | Counsel for Rehl (Re-production of unscoped Rehl Apple iCloud) |
| 11 | 1/28/2022 | Counsel for All Defendants (T-Mobile search warrant returns) |

| 12 | 1/30/2022 | Counsel for All Defendants (Cross-Discovery from *U.S. v. Garcia*, 21-cr-129) |
| --- | --- | --- |
| 13 | 1/31/2022 | Counsel for All Defendants (Cross-Discovery from several cases) |
| 14 | 2/1/2022 | Counsel for All Defendants (Cross-Discovery from *U.S. v. Fonticoba*, 21-cr-638) |
| 15 | 2/1/2022 | Counsel for All Defendants (Donohoe Sentinel Files) |
| 16 | 2/1/2022 | Counsel for All Defendants (Nordean Sentinel Files) |
| 17 | 2/4/2022 | Counsel for All Defendants (LA Times Video) |
| 18 | 2/4/2022 | Counsel for All Defendants (Rehl Sentinel Files) |

In addition to the above productions, the government has provided counsel with several detailed letters, not attached here, memorializing the government's global discovery productions.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:       */s/ Luke M. Jones*
LUKE M. JONES, Virginia Bar 75053
ERIK M. KENERSON, Ohio Bar 82960
JASON B.A. MCCULLOUGH, DC Bar 998006
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov