

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

November 30, 2021

***Via Email and Electronic File Transfer***

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

      Re:    <u>United States v. Ethan Nordean et al.</u>, Cr. No.: 21-cr-175 (TJK)

Dear Counsel:

    I write to memorialize another production related to the above-captioned case as part of the government's ongoing efforts to produce preliminary discovery on an expedited basis. Specifically, this afternoon, the government produced certain materials from Mr. Nordean's case file maintained by the Federal Bureau of Investigation. Please note that the file names bear the titles as assigned by the FBI's electronic systems.

    **Please note that certain of the materials have been designated Sensitive under the Protective Order entered in this case.** Such materials have been produced in separate folders. In addition, an index of the produced materials is included with the production. The "file names" that appear in the index are a reproduction of the information that exists in the FBI's electronic systems.

    The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

    We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

    Please contact me should you have any questions or concerns.

                Sincerely yours,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By:       /s/
                Luke M. Jones
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7066
                Luke.jones@usdoj.gov

### Index of Production of Nordean Files on November 30, 2021

**Files Designated <u>Sensitive</u> as to All Defendants (except Nordean)**

| Serial Number | File Name |
|---|---|
| 2 | 266O-SE-3380382_0000002.pdf |
| 2 | 266O-SE-3380382_0000002_1A0000010_0000001.pdf |
| 4 | 266O-SE-3380382_0000004_1A0000012_0000001_PHYSICAL.pdf |
| 8 | 266O-SE-3380382_0000008.pdf |
| 8 | 266O-SE-3380382_0000008_Import.pdf |
| 9 | 266O-SE-3380382_0000009.pdf |
| 9 | 266O-SE-3380382_0000009_Import.pdf |
| 10 | 266O-SE-3380382_0000010.pdf |
| 10 | 266O-SE-3380382_0000010_Import.pdf |
| 11 | 266O-SE-3380382_0000011.pdf |
| 11 | 266O-SE-3380382_0000011_Import.pdf |
| 12 | 266O-SE-3380382_0000012.pdf |
| 12 | 266O-SE-3380382_0000012_Import.pdf |
| 28 | 266O-SE-3380382_0000028_1A0000016_0000001.pdf |
| 29 | 266O-SE-3380382_0000029.pdf |
| 29 | 266O-SE-3380382_0000029_Import.pdf |
| 40 | 266O-SE-3380382_0000040_1A0000108_0000001.png |
| 47 | 266O-SE-3380382_0000047.pdf |
| 47 | 266O-SE-3380382_0000047_Import.pdf |
| 58 | 266O-SE-3380382_0000058_1A0000015_0000001_PHYSICAL (Media).zip |
| 86 | 266O-SE-3380382_0000086.pdf |
| 86 | 266O-SE-3380382_0000086_Import.pdf |
| 89 | 266O-SE-3380382_0000089.pdf |
| 92 | 266O-SE-3380382_0000092_1A0000001_0000005.pdf |
| 100 | 266O-SE-3380382_0000100.pdf |
| 100 | 266O-SE-3380382_0000100_1A0000041_0000001.xlsx |
| 103 | 266O-SE-3380382_0000103.pdf |
| 126 | 266O-SE-3380382_0000126.pdf |
| 133 | 266O-SE-3380382_0000133.pdf |
| 150 | 266O-SE-3380382_0000150.pdf |
| 150 | 266O-SE-3380382_0000150_1A0000078_0000001.pdf |
| 150 | 266O-SE-3380382_0000150_1A0000078_0000002.zip |
| 155 | 266O-SE-3380382_0000155.pdf |
| 155 | 266O-SE-3380382_0000155_1A0000079_0000001_PHYSICAL.pdf |
| 162 | 266O-SE-3380382_0000162.pdf |
| 163 | 266O-SE-3380382_0000163.pdf |

2

| | |
|---|---|
| 163 | 266O-SE-3380382_0000163_1A0005817_0000001.png |
| 165 | 266O-SE-3380382_0000165.pdf |
| 165 | 266O-SE-3380382_0000165_1A0000021_0000001.pdf |

**Files Designated <u>Sensitive</u> as to All Defendants (including Nordean)**

| Serial Number | File Name |
|---|---|
| 40 | 266O-SE-3380382_0000040_1A0000107_0000001.pdf |
| 40 | 266O-SE-3380382_0000040_1A0000109_0000001.png |
| 148 | 266O-SE-3380382_0000148.pdf |
| 166 | 266O-SE-3380382_0000166.pdf |
| 166 | 266O-SE-3380382_0000166_1A0000063_0000001.pdf |