

|  |  |
|---|---|
|  | U.S. Department of Justice |
|  | Matthew M. Graves |
|  | United States Attorney |
|  | *District of Columbia* |

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

December 23, 2021

***Via Email and Electronic File Transfer***

| | |
|---|---|
| Lisa Costner | Carmen D. Hernandez |
| Ira Knight | 7166 Mink Hollow Road |
| Federal Public Defender MDNC | Highland, MD 20777 |
| 251 N. Main St. Suite 849 | |
| Winston-Salem NC 27101 | |
| | |
| J. Daniel Hull | Nicholas Smith |
| Hull McGuire PC | 7 East 20th Street |
| 888 Seventeenth Street, NW | Suite 4R |
| Suite 1200 | New York, NY 10003 |
| Washington, DC 20006 | |

Re:   *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis.  Today the government produced a fourth round of materials from Mr. Biggs's case file maintained by the Federal Bureau of Investigation (FBI).  An index is enclosed.  All of these materials are designated Sensitive except as to defendant Biggs.  Please note that the file names bear the titles as assigned by the FBI's electronic systems.

The materials described herein have been made available for download in the Cross Discovery folder on USAfx.  Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days.  Please let me know immediately if you have been unable to access and download the materials for your use in this case.

To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:      /s/
Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov

Encl.: Biggs_Production Index 12.23.2021.pdf

### Index of Production of Biggs Files on December 23, 2021

**Files Designated <u>Sensitive</u> as to All Defendants (except Biggs)**

| Serial Number | File Name |
|---|---|
| 160 | 266O-JK-3374931_0000160.pdf |
| 161 | 266O-JK-3374931_0000161.pdf |
| 162 | 266O-JK-3374931_0000162.pdf |
| 162 | 266O-JK-3374931_0000162_1A0000024_0000001.pdf |
| 165 | 266O-JK-3374931_0000165.pdf |
| 165 | 266O-JK-3374931_0000165_1A0000025_0000001.docx |
| 166 | 266O-JK-3374931_0000166.pdf |
| 167 | 266O-JK-3374931_0000167.pdf |
| 167 | 266O-JK-3374931_0000167_1A0000026_0000001.docx |
| 167 | 266O-JK-3374931_0000167_1A0000026_0000002.docx |
| 167 | 266O-JK-3374931_0000167_1A0000026_0000004.docx |
| 168 | 266O-JK-3374931_0000168.pdf |
| 168 | 266O-JK-3374931_0000168_1A0000027_0000001.html |
| 168 | 266O-JK-3374931_0000168_1A0000027_0000002.html |
| 168 | 266O-JK-3374931_0000168_1A0000027_0000003.html |
| 169 | 266O-JK-3374931_0000169.pdf |
| 170 | 266O-JK-3374931_0000170_1A0000119_0000002.PNG |
| 170 | 266O-JK-3374931_0000170_1A0000120_0000001.jpg |
| 171 | 266O-JK-3374931_0000171.pdf |
| 172 | 266O-JK-3374931_0000172.pdf |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000001.html |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000002.html |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000003.html |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000004.HTML |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000005.html |
| 172 | 266O-JK-3374931_0000172_1A0000028_0000006.html |

The below file is also included in this production and is designated <u>Sensitive</u> as to All Defendants except Biggs.  Please refer to Serial 172 for further information regarding the contents of this file.

266O-JK-3374931_1B44 Scoped Results (1B2 1B5 1B18 1B22 1B24 1B40).zip