

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 14, 2022

**By e-mail**

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Re:     <u>United States v. Ethan Nordean et al.</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

The U.S. Capitol Police have arranged one new date for a crime scene walkthrough of the Capitol.  The tour date and time is **Saturday, January 22, 2022, at 1:00 p.m.**, and the tour will last approximately two hours.  Although additional dates will be scheduled in the future, there are none planned at this time and we do not know when another date will be made available as obtaining permission requires extensive coordination throughout the entire Capitol.

If you wish to participate in the walkthrough, please email paralegal ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (and copy me) and provide the following information:
- o   Names, phone numbers and email contact information for any counsel or investigators who will be participating in the tour.
- o   Case(s), Case number(s), and AUSA assigned to each case.

The conditions of the U.S. Capitol Police for participating in the walkthrough are as follows:
- o   The tours are restricted to **counsel and one investigator**.  You may not bring **any** other guests. A paralegal or legal assistant may function as an investigator for this purpose.

1

- o The public/non-public areas are identified on the attached list.  Photos are only allowed in the public areas. Any person who takes photos in the non-public areas will be asked to leave the tour and be banned from further tours.
- o The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.
- o Masks must be worn at all times.

With respect to transportation, please be advised that there is no parking provided. The closest metro stop is Capitol South (Blue/Orange line).

I look forward to hearing from you.

                Sincerely,

                Matthew M. Graves
                United States Attorney

By:     _____
                Jason B.A. McCullough
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7233
                jason.mccullough2@usdoj.gov

# Defense Counsel Capitol Walkthrough Locations

- Speaker's Lobby – non-public

- Speaker's Office – non-public

- House Chamber – non-public

- Senate Chamber – non-public

- Senate Gallery – non-public

- **Statuary Hall – public**

- **Crypt – public**

- **West Front of Capitol – public**

- **East Front of Capitol – public**

- **East Grand staircase – Senate –public**

- **Rotunda including the East Front Lobby area and steps to the Crypt – public**

- **Rotunda West staircase to the Crypt – public**

- Rotunda Door exterior – non-public

- Upper West Terrace/ Upper West Terrace Door (interior and exterior) – non-public

- Lower West Terrace – non-public

- West Terrace Steps and staircase and wall – non-public

- Senate Wing Door – non-public

- Parliamentarian's Office (and adjacent fire door) – non-public

- Lower West Terrace Door specifically (interior and exterior) – non-public

- Offices ST2 – ST10 – non-public

- Exterior HT2M window – non-public

- S140 & S145 – non-public

- **North and South Doors of Capitol – public**

- **House Wing (near House Wing Door) and Hall of Columns – public**

- Memorial Door and interior steps to Second Floor adjacent to Memorial Door – non-public

- **Capitol Visitors Center (main level and Emancipation Hall) – public**

- Area of the House Majority Leader's Office (Hoyer) – non-public