

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

January 31, 2022

***Via Email and Electronic File Transfer***

Lisa Costner
Ira Knight
Federal Public Defender MDNC
251 N. Main St. Suite 849
Winston-Salem NC 27101

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777

J. Daniel Hull
Hull McGuire PC
888 Seventeenth Street, NW
Suite 1200
Washington, DC 20006

Nicholas Smith
7 East 20th Street
Suite 4R
New York, NY 10003

Re:   *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis, including discovery produced in other Capitol cases that may be relevant to your clients.  Today the government made available materials from the following cases:

*United States v. Marc Bru*, 21-cr-352
*United States v. Shawn Price*, 21-mj-464
*United States v. Daniel Scott*, 21-cr-499
*United States v. Christopher Worrell*, 21-cr-292

These materials and related discovery correspondence are available for download from USAfx.  For purposes of this cross-discovery, all of the materials are designated as at least Sensitive, primarily because they contain personal identification information (PII).  Any materials

produced to any defendant as Highly Sensitive are designated Highly Sensitive in this case as well. The Highly Sensitive designation is listed in the production correspondence.

Please let us know if you have been unable to access and download the materials for your use in this case.  To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    _____/s/_____

Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov