IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21-CR-175-4 (TJK) |
| v.  ) | |
| ) | |
| CHARLES DONOHOE, ) | |
| ) | |
| Defendant.  ) | |

## DEFENDANT'S MOTION TO JOIN CO-DEFENDANT NORDEAN'S MOTION FILED AT ECF 266

NOW COMES Defendant, CHARLES DONOHOE, by and through counsel, and hereby moves this Honorable Court for leave to adopt the motion filed by co-defendant Ethan Nordean on December 29, 2021, and under seal at ECF No. 266, as the legal issues presented therein are identical to both Defendants.

WHEREFORE, Defendant Charles Donohoe respectfully requests that the Court grant his motion and allow him to join co-defendant Ethan Nordean's motion filed on December 29, 2021, at ECF No. 266.

Respectfully submitted, March 7, 2022.

Louis C. Allen, III
Federal Public Defender

/s/ Lisa S. Costner
LISA S. COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org

/s/ Ira Knight
IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 N. Elm Street, Suite 410
Greensboro, NC 27401
(336) 333-5455
Email: Ira_Knight@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jason McCullough  
Luke Jones  
Erik Kenerson  
Assistant United States Attorneys

      Respectfully Submitted, March 7, 2022.

Louis C. Allen, III  
Federal Public Defender

/s/ Lisa S. Costner  
LISA S. COSTNER  
Assistant Federal Public Defender  
North Carolina State Bar No. 14308  
251 N. Main Street, Suite 849  
Winston-Salem, NC 27101  
(336) 631-5278, Ext. 5172  
Email: lisa_costner@fd.org