IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:21-CR-175-4 (TJK) |
| v. | ) | |
| | ) | |
| CHARLES DONOHOE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER is before the Court on the Defendant's motion to adopt co-defendant Ethan Nordean's motion filed on December 29, 2021 at ECF No. 266, and for good cause shown;

IT IS HEREBY ORDERED that the motion is granted.

This, the ____ day of _____, 2022.

_____
Honorable Timothy J. Kelly
United States District Judge