

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 21, 2022

***Via Email and Electronic File Transfer***

Lisa Costner                                 Carmen D. Hernandez
Ira Knight                                   7166 Mink Hollow Road
Federal Public Defender MDNC                 Highland, MD 20777
251 N. Main St. Suite 849
Winston-Salem NC 27101


J. Daniel Hull                               Nicholas Smith
Hull McGuire PC                              7 East 20th Street
888 Seventeenth Street, NW                   Suite 4R
Suite 1200                                   New York, NY 10003
Washington, DC 20006

   Re: <u>*United States v. Ethan Nordean et al.*</u>, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

  I write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis, including discovery produced in other Capitol cases that may be relevant to your clients.  Today the government made available materials from the following cases:

  *United States v. Giddings, Healion, and Vy*, 21-mj-689

  These materials and related discovery correspondence are available for download from USAfx.  For purposes of this cross-discovery, all of the materials are designated as at least Sensitive, primarily because they contain personal identification information (PII).  Any materials produced to any defendant as Highly Sensitive are designated Highly Sensitive in this case as well.

Please let us know if you have been unable to access and download the materials for your use in this case.  To assist our future productions of discovery, we would again request that you return external hard drives that we have supplied, once you have had an opportunity to copy the materials.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  _____/s/_____

Luke M. Jones
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.jones@usdoj.gov