

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 4, 2022

***Via Email and Electronic File Transfer***

| | |
|---|---|
| Lisa Costner | Carmen D. Hernandez |
| Ira Knight | 7166 Mink Hollow Road |
| Federal Public Defender MDNC | Highland, MD 20777 |
| 251 N. Main St. Suite 849 | |
| Winston-Salem NC 27101 | |
| | |
| J. Daniel Hull | Nicholas Smith |
| Hull McGuire PC | 7 East 20th Street |
| 888 Seventeenth Street, NW | Suite 4R |
| Suite 1200 | New York, NY 10003 |
| Washington, DC 20006 | |

Re:   *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

     We write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis, including discovery produced in other Capitol cases that may be relevant to your clients.  Today the government made available materials from:

    *United States v. Gilbert Fonticoba*, 21-cr-638 (TJK)
    File:   2022.02.28 Fonticoba Production.zip

    *United States v. Zachary Johnson, Dion Rajewski, Alan Fischer, III,*  22-cr-11 (RJL)
    Files:  2022.03.03 Johnson Rajewski Fischer Production.zip
           2022.02.25 Johnson Rajewski Production.zip

    *United States v. Arthur Jackman*, 21-cr-378-TJK-1
    File:   2022.02.25 Jackman Production.zip

*United States v. Kevin Tuck* (21-cr-378-TJK-4)*, Nathaniel Tuck* (21-cr-378-TJK-5)
Files:   2022.01.28 Tucks X Disco.zip, 2022.01.31 Tucks X Disco.zip,
          2022.02.04 Tucks X Disco.zip, 2022.02.23 Tucks X Disco.zip

*United States v. Edward George*, 21-cr-378-TJK-3
File:    2022.02.28 George X Disco.zip

These materials and related discovery correspondence are available for download from USAfx. For purposes of this cross-discovery, all of the materials are designated as at least Sensitive. Any materials designated in the original production as Highly Sensitive are designated Highly Sensitive in this case as well.

Please let us know if you have been unable to access and download the materials for your use in this case.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                        Sincerely yours,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY

By:       /s/
                        Luke M. Jones
                        Erik M. Kenerson
                        Jason B.A. McCullough
                        Assistant United States Attorneys
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 252-7066
                        Luke.jones@usdoj.gov