**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

     **v.**                           **Case No.  21-CR-175-2 (TJK)**

**JOSEPH RANDALL BIGGS, et al.,**

     **Defendants.**

**MOTION TO JOIN DEFENDANT TARRIO'S**
**MOTION TO CHANGE VENUE AT ECF 349**

In view of the increased and unquestionably spectacular 24/7 negative press and media coverage about the fraternity known as the Proud Boys, from *Morning Joe* to *Stephen Colbert's Late Show,* and coupled with this week's televised hearings of the House Select Committee on January 6, all of which continue to saturate the jury pool of media-obsessive Washington, D.C., defendant Biggs respectfully moves to join defendant Tarrio's May 2, 2022 Motion to Transfer Venue (ECF 349) in all respects applicable to Biggs. Further, defendant Biggs would respectfully also ask for the right to supplement his Motion to Join later with additional points and authorities.

Accordingly, and for good cause shown, Biggs asks that his Motion to Join be granted.

                    Respectfully submitted,

                    COUNSEL FOR JOSEPH BIGGS

Dated: June 9, 2022           By: */s/ J. Daniel Hull*
                    JOHN DANIEL HULL
                    DC Bar No. 323006
                    California Bar No. 222862
                    HULL MCGUIRE PC
                    1420 N Street, N.W.
                    Washington, D.C.  20005
                    (202) 429-6520 office
                    jdhull@hullmcguire.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 9, 2022, defendant Biggs' Motion to Join Defendant Tarrio's Motion to Change Venue at ECF 349 was served via the Electronic Case Filing (ECF) system upon the government and all counsel of record.

By: <u>/s/ *J. Daniel Hull*</u>
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com