May 23, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly;

My name is ███████████ and I am ███████████

My wife, ████ and I have ███████████████████████████
████ Early on, Charley, ███████████████████ lived with us and a bond with
these boys was formed that continues to this day.

I got the boys involved in Scouting and mentored them from Cub Scouts through Eagle. In
Scouting, Charley developed leadership and teaching skills. He served as a Patrol Leader. In his
last two years as a Scout, Charley served as a Staff Instructor at Camp Raven Knob all summer,
teaching younger Scouts and helping them to earn Merit Badges.

Charley is patriotic. He joined the Marine Corps right after high school graduation in 2006 and
served four years on active duty including two deployments to Iraq in the Third Infantry
Battalion of the Third Regiment.

Charley later served in Afghanistan as a civilian contractor. His job was to provide security for
U.S. Government civilians working out of forward operating bases.

Over the past two years with Charley in jail, ███████████ I have kept in daily contact
with him through phone and mail. He is a voracious reader and the first book he requested we
send was a Study Bible. He began reading in Genesis and went all the way through Revelation
and then started all over. I wrote to him focusing on his need for repentance and faith in Jesus
Christ and pointed him to the Scriptural references that speak to this. One day, about a year
ago, Charley told me that he has put his faith in Christ as his Savior and Lord.

Your Honor, I believe that this is a genuine conversion and that God will use Charley wherever
he is, in prison or out. I would hope it would be in raising his six year-old son before he gets
much older. Therefore, I ask you to please show mercy to Charley when you Sentence him.



May 23, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly;

My name is ███████████ I am Charles ████████████████████

Charley and ████████████ came as newborn infants with ████████████ live with us. This was due to some unfortunate circumstances. They remained in our home for the first few years of their lives. Needless to say, they captured my heart.

As these little boys grew, we were very involved in their lives. Birthdays, Thanksgivings, Christmases and vacations at the beach included them both. ██████████ was instrumental in getting them involved in Scouting from Webelos to Boy Scouts to the ultimate rank of Eagle Scout. ██████████ spent every Monday night [Scout night] in our home. ██████████ attended each meeting, went on every camping trip and took them to Boy Scout camp each summer throughout the entire process.

Charley, from a very young age, talked of becoming a Marine just like ████████████ True to his word, he signed up for the United States Marine Corps his senior year of high school. He left for Boot Camp in Parris Island that summer and then to Infantry Training and subsequently to two tours of duty in Iraq. This was in the midst of a horrendous war with much loss of life. One cannot imagine that kind of sacrifice unless it has been experienced as a participant or as a wife, a child, a parent or a grandparent. I believed then, as I believe now, that this young man was and still is a patriot who loves his country.

Then, the events of January 6. Devastating! Because all men are fallen, our best intentions can sometimes be misdirected. We were all "shaken" to say the least.

For much of his life, Charley has demonstrated certain outstanding character traits: service, compassion and generosity. These stand out to me. Service evidenced in Scouting and the Marine Corps. Compassion evidenced in his inviting a family, including their pets, to share his home because they had lost their home in a recent hurricane. He has always been generous with whatever money he had if someone needed a helping hand.

These traits are even more evident in his incarceration: asking us to send a Bible like his to an inmate who admired it; requesting money to help provide commissary for an inmate with diabetes who needed "extra" calories when he felt his blood sugar getting low; and requesting help that enabled another inmate to phone his wife as her labor was imminent .

Last, but not least, Charley has ██████████████████ Charley makes every effort to engage with him over the phone ████████████████

Thank you, Judge Kelly, for taking time to read this and consider these things in your determination of Charley's sentence. I plead for mercy on his behalf.

To: Honorable Judge Timothy James Kelly

## Character of Charles Donohoe

████████████████████

Being an ████████ is something unique that very few in this world will get to experience. ████████████████████████ but also share the same memories, experiences, hardships and connections throughout life that bond you to that person unlike any other bond there is. We shared everything together up until the age of 18 years old when we both decided to choose our own independent journey. Prior to that, Charley was a great kid and student and excelled in sports. In high school, we both joined the Wrestling program where his skills and leadership surpassed mine. Senior year he was selected Captain of the wrestling squad and proved why he was deserving of that title by showing up to every practice early and helping to improve every single varsity wrestler on our team with his unique set of leg riding skills (where you hook your legs into your opponents to impair their movement). Going into senior year, more than half of our spots were vacant due to the mass majority of our veteran wrestlers graduating high school. Charley helped replenish our weight classes with JV wrestlers and newcomers. He drilled with every weight class and quickly improved their skills. In an unbelievable achievement that no one expected, our team, (Forbush High School North Carolina) won the Conference Championships AND qualified for the State Dual Tournament, which has never before been achieved in our school's history. In the same year, both of us completed our Eagle Scout Projects at the Childrens Home in Winston Salem, North Carolina where we rebuilt an Equestrian area complete with a repaired barn roof, saddle hangars and hitching posts for the horses scattered around the property for the children that lived there. We both were awarded the honor of Eagle Scout soon before graduating high school.

At 17 years old, Charley enlisted in the Marine Corps and choose Infantry at his MOS. He shipped off to BASIC at Parris Island three days after we graduated high school. Soon after that, he would deploy to Iraq and then deploy once more before exiting the Marine Corps with an honorable discharge after finishing his enlistment. We would talk almost everyday when he was stationed in Hawaii and write to each other while he was deployed. After he was finished, he dreamed of moving to the beach and did just that by moving to Wilmington, North Carolina. One of his fireteam friends reached out to him after a year out of the Marine Corps and soon Charley was hired on a contract with Blackwater turned XE. He then spent roughly the next 5 years on three-month deployments in hostile territory protecting various three letter agency civilians and operators. There is nothing I am prouder of than my brother's service record. He served his country not once, but twice and did it while remaining in hostile territory for a long period of time. A massive sacrifice and our entire family are thankful to God that he made it home physically unscathed from battle.

Between his deployments while contracting, we were able to do a great deal together. One of our favorite activities was snowboarding. At the end of skiing season, we took a first-time trip to Winterplace Mountain, West Virginia. The weather was unusually warm and had been melting the snow most of the day. As the sun started to set to the backside of the mountain, the temperature quickly turned to below freezing and the Black Diamond slope froze into a thick sheet of ice from where the melted snow had been running down all day. This caused an unfortunate skiing accident where a skier without a helmet smashed face first into a tree. We saw him from the ski lift and my brother immediately said, "We have to go help that guy!" We both safely raced down the slope where a ski patrol member had placed an oxygen mask over his face. The man's eyes were dilated, and his breathing was short. More ski patrol showed up, but they were all scared to do something. Knowing he had to act quickly, Charley took the initiative and started performing lifesaving CPR when I noticed the man stopped breathing. Charley, our friend and I were able to get the man on patrol sled and down the mountain. We later learned that the man did not make it but without my brother, we doubt anyone would have even tried. His attempts at rescue also include volunteer diving all afternoon to try and recover a potential drown victim at Boy Scout camp (who thankfully later turned up after forgetting to remove his tag from the swim board) and searching for a lost teenager using his Scout Dog Blitz (which I have previously referenced news articles in relation to that event).

████████████████████████████████████████

Charles Donohoe, my brother, is a one-of-a-kind human being with a servant's heart and an intense drive to help others in need. I am thankful for every moment we have ever had together and there is not a more honorable man I have ever met in my life that I look up more too than my brother.



May 20, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ███████████ and I am writing on behalf of Charles "Charley" Donohoe whom I have known since he was eight years old. I first met Charley in 1996 when he entered my third grade classroom at ███████████████████
███████ I have continued to stay connected with Charley and his family throughout the years.

As a young boy, I observed Charley as an energetic, inquisitive and empathetic young man. Most importantly I witnessed Charley's compassion toward his fellow classmates, younger students and his siblings. Charley loved to read and one book that impacted him was *The Golden Goblet* by Eloise Jarvis McGraw. During his oral book report Charley talked about the main character, Ranofer, and emphasized how the young fictional character faced hardship, struggle, made mistakes but ultimately made

███████████████████████████████████████████████

war torn countries. Charley and his family read through my initial drafts and helped provide insightful and valuable feedback. Later, during his time as a marine in Iraq Charley had shared with me that he and his team were responsible for disposing of unexploded ordnances (UXOs), protecting innocent civilians from catastrophic harm.

I recognize the seriousness of the offenses Charey has taken responsibility for. The impact of his actions on himself, his family, his community and his country have been overwhelming and heartbreaking.

Your Honor, I am asking for mercy as you consider Charley's sentence. I am not asking for just plain mercy- but mercy with a plan. Charley has a solid community that is willing to support and assist him. ███████████████████ are willing to help Charley with housing, financial assistance and any additional support he would need to make amends and rebuild his life and community.

Respectfully,

███████████

Date:  May 24, 2023
To:  **The Honorable Timothy Kelly**

Dear Judge Kelly,

My name is ▇▇▇▇▇▇▇ and I am writing this letter on behalf of Charley Donohoe and his upcoming sentencing.



I have known Charley since he was five years old.  I know his immediate and extended family, and he is well loved and respected by his family.  We love him and understand the error of his ways.  Charley was in my Sunday school class and I helped coach him in his sports.  I have observed him and seen him as participated in various sporting activities during high school and after and seen him grow as a decorated Boy Scout.  He cares for people regardless of their background and he's a kind soul.  I have carefully followed his career in the military, and interact frequently with various members of extended family.  During those years of observation as Charley grew and matured, Charley was always a very passionate young man following his dreams of being a good man helping others and caring for the United States.  I've seen him be compassion in sports as well.  He did get caught up and engaged with others that concerned us, and we feel he will continue to live out life learning from the past and be a testimony to others.

We understand that Charley has been a model person while behind bars and we fully believe this experience has helped him to see the error of his ways with the organization that he was a member of.  I personally believe that Charley will be a person whom seeks to be honorable and caring for the laws of the land we are so thankful to live in.

Our ask is that grace and mercy be extended to him during his sentencing to enable him to return into society and contribute to America's greatness.



To The honorable Judge Kelly

My name is ███████████ I am
a Friend and Fellow Marine. I meet
Charlie Through veterans Organizations
Off events. We have Shared Many
good times together. He is a Eagle
Scout and Marine and that Should
Say a Lot. At this time I ask that you
lenient and Fair and hopefully Dismiss
all Charges. He is a good man and he
needs To get home to his family.



May 25, 2023,

To: The Honorable Judge Timothy Kelly

Dear Judge Kelly,

Hello,               When I met Charles Donohoe the first time, he came off as someone who may be intimidating due to his figure and his voice of opinion towards enemies of the United States of America. Only once he introduced himself to me, I was quick to find that he was a very caring and admirable person. Since meeting Charles, I came to understand and see by his actions that he would do anything to help someone in need. Charles has a voice that carries and is someone who takes pride in his country as well as protecting the people in it. I have seen many instances where Charles went out of his way to protect people from harm or from being harassed, through his words without violence or harm to any people involved. Charles has many people who care greatly about him, and have missed him, including but not limited to his family and animals and friends, who have had to go for years without his loving presence. Many people have opinions on what wrongs he has done and what type of person he is, but most do not know him as the person he is, just a passerby. I as a friend of Charles Donohoe, truly hope that there can be a decision made towards moving past the wrongdoings that may have happened and start working on a return to the society that Charles has fought with his blood, sweat, and tears to protect. It has been a long and uncomfortable haul for Charles in the jail system and it's time that we work towards rehabilitation. Please take the time to appreciate the good that this man has done for his country and not only the wrongs that he is accused of.

May 24, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly:

███████████████████████████████████████████████████ My family
has known them for well over twenty years.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

during that conflict.  I tell you this because I have a keen understanding of how deeply a man
who serves in the military, especially during wartime, feels about his country.

For many of Charley's growing up years, we supported the Boy Scouts through his efforts to
raise money by selling popcorn for his Troop.

Charley and his twin brother visited their grandparents regularly.

It was no surprise to me when young Charley joined the Marine Corps following in his
grandfather's footsteps.  I could well appreciate the concern for him experienced by his family
when he went to serve in Iraq.

I am asking that you consider the service and sacrifice made by this young man serving in this
way.  I understand the gravity of the charges against him and that is why mercy is what I
respectfully request.

Sincerely,
██████████████████████████████████████
██████████████████████████████████████
████████████████

May 25, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

██████████████████████████████████

My family and I have spent an extensive amount of time with Charley and his twin brother since
they were born. ████████████████████████████████████ and they were inseparable.
We went on family beach trips together and enjoyed swimming, crabbing, fishing, and playing
games. I always admired how kind and patient Charley was with my younger children. He never
excluded them. I observed Charley faithfully attending Boy Scout meetings for years with the
dedication and encouragement of my parents. I was extremely proud to see Charley earn his
Eagle Scout award after making improvements to The Children's Home. Charley continued to
earn my respect and admiration as he joined the Marine Corps as a young man and headed
towards danger in the Middle East. Charley extended his commitment to our country as he
worked for private security companies overseas. Charley is extremely blessed to have a five-
year-old son.

Judge Kelly, our family is heartbroken and distraught, yet we are not without hope. I pray God
will fill you with compassion as you sentence Charley Donohoe. Please have mercy.

Respectfully,



May 26, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly:

My name i█          known to Charley Donohoe█          Since conception and through this very moment, Charley and his identical twin brothe█ have never been far from my prayers for them.

I watched Charley grow up spending just about every major holiday together through adolescence, his teen years and into adulthood. Since he was very young, Charley expressed a strong interest in serving his country in the Marines....just like his Grandfather did. I watched with much pride as he fulfilled this dream upon graduating High School. That pride continued as Charley served a few tours in Iraq and later on upon discharge serving in private security in Afghanistan for high ranking dignitaries.

As a young child/teenager, I also witnessed with amazement how Charley achieved the rank of Eagle Scout. As you know, this is no small accomplishment for a young boy. Regardless, he stayed focused during the many years it took to achieve this prestigious rank within the Boy Scouts of America.

As you consider your sentencing of Charley, I'm calling upon your Honor's compassion and kindness in requesting mercy for him.



May 22, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ███████████ Charley Donohoe is ████████ ███████████
████████████████ spent a lot of time together, so I'd consider him to be more of an older
brother, not to mention one of my best friends.

Charley is a ████████████████ and in many ways, Charley has been a positive role model
in my life. He has taught me a lot of things over the years and was always happy to do so. For
example, during our many family beach trips, he taught me how to bait crab traps and tie fishing
knots. When I was older, he introduced me to the game of disc golf, and gave me several pieces
of his equipment so I could have a set of my own. He also taught me some basic wilderness
survival skills, which hu must have learned during his many years in the Boy Scouts. He has
always been willing to share his belongings with others and give friendly advice to anyone who
asked for it. I have no doubt he would give me the shirt off his back if he felt I needed it more
than him.

Not only has Charley always been selfless in regards to family members, I have witnessed him
help complete strangers as well. One evening we were grilling out at his house, and a complete
stranger approached the back door. He was limping and in obvious pain. This man explained that
he had walked to Charley's house from the highway, his car had run out of gas. This man had just
been released from the hospital after having leg surgery, and his mother had picked him up but
forgot to put gas in her car. He asked Charley if he could spare any gasoline. Charley had an
extra gas tank, but it was empty. Charley did not hesitate; he jumped in his truck and invited this
stranger to get in. Charley drove to the nearest gas station to fill up his portable gas tank and
gave it to the other man. I have a strong memory of that day because I was so impressed by
Charley's generosity. I cannot say that had I been in the same situation that I would have been
willing to do the same, to give a complete stranger a ride and buy him a tank of gasoline.

Judge Kelly, I am writing to you to humbly request mercy when you sentence Charley.

Sincerely,

████████████

May 22, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ████████████    Since 1996 I have known Charles,"Charley" Donohoe from
the youth program at ████████████████

For as long as I can remember Charley always wanted to be a marine like his
grandfather and faithfully serve his country. I had the privilege to watch this young man
grow up with that passion and a passion to learn about nature. In his teen years we
would swap hunting stories and I was always impressed how Charley interacted with
me with respect, looking me in the eye and engaging in the conversation. His
attendance at Sundays and Wednesday Nights Gatherings at ████████████████
Church was notable, especially as other kids his age were looking for something to do
other than going to church. I also had the privilege of attending his Eagle Scout service
and had the privilege to watch this young boy grow into a young man that had diligently
worked to provide support for the Children's Home of Winston Salem, NC.

I recognize the seriousness of the offensives Charley has taken responsibility for. As a
retired Air Force Captain who took an oath to defend the constitution from all enemies
both foreign and domestic, I understand the personal commitment and sacrifice it takes
to serve this country. After the Persian Gulf War I have a deeper understanding of the
traumatic impact of war on a soldier. The mental and physical toll is unimaginable and
can greatly impact a person.

After eight years as an Air Force officer and now President of a hospital, being a good
judge of character has served me well in mentoring young leaders. Charley is one of
those young men I have always felt had a compassionate heart, demonstrated empathy
for others and developed a passion for serving his country and community.

I am asking for mercy in his sentencing, as Christ did for the thief on the cross, even
though he was guilty, the Lord granted him mercy that very hour. Unlike the thief on the
cross though- Charley can be granted the opportunity (which I believe he is capable of)
to make amends and rebuild his life and community.

I so believe in this young man that my wife and I will gladly provide housing, assistance
and any other support the court sees fit.

Respectfully



May 27, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ███████ I am a 65 year old, retired woman, livin ███████████████ I
have lived in the surrounding areas of ███████ my entire life., I am a friend of Charley
Donohoe's, who is being held at the Orange County Detention Center. I first knew of Charley when
his grandparents, ██████████ fellow church members, asked me to pray for Charley.
I soon began praying for him, asking the Lord to use Charley right where he was. I also began writing
Charley and developed quite a friendship with him. I have found him to be honest, caring, friendly,
and best of all, loving. Frankly, he has changed my life, I'm sure, more than I have his.

In my letters to him, I encouraged Charley to lean upon the Lord; to ask Him for comfort, and to talk
to Him about his troubles. I have been delighted to find out he is doing just that. He began reading the
Bible, and studies it consistently. He has read through the NIV and the ESV Study Bibles, as well as
other works of various theologians. I'm very impressed that he has helped other inmates with their
studies and encouraged them in the faith. Additionally, Charley is planning for a future where he says
he will use his already-developed skills to salt and tan hides. He enjoys working out, playing disc
golf, and being with his family.

Your Honor, based on my correspondence with him, I believe Charley Donohoe is a good man,
loving father, and loyal friend. I know he has given his life to God and will use his faith for the
building of our Lord's Kingdom. I trust him when he tells me how much he loves his family, and
speaks with words of excitement when he writes about their accomplishments.

I am aware that Charley's sentencing date is approaching, and that's the reason I am sending you this
letter. Its purpose is to request that you show leniency and have mercy on him as you determine what
his sentence will be. Please consider his service record as a Marine in the U.S. Marine Corps, his
good behavior while being incarcerated, and his potential for being a good citizen and contributing
member of society.

Please allow him to return home to his family.

Respectfully,





May 21, 2023

To The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ▮▮▮▮▮▮▮ and I have known Charles Donohoe for 22 years. We went to church and school together from a young age. One winter, while on the chairlift up the mountain on a snowboarding trip, we noticed a person lying on the mountainside against a tree. It was Charles that said we should snowboard down and check on that person. Once we got down to the man, we realized that he had crashed into the tree, and was badly hurt and unconscious. Charles, with his background in the military, knew exactly what to do. He started CPR and cared for the man until the ski patrol could get there. Not only was Charles able to stay composed and sensible, but he displayed acts of being a selfless and caring individual.

As I know Charles to be a kind-hearted man, I ask that you have mercy on him in his sentencing.

Respectfully,



The Honorable Judge Timothy Kelly

Dear Judge Kelly:

I am writing you in regards to Charles Donohoe.

I have known Charley and his extended family since Charley was a little boy. We all attended the same church together in ███████████ North Carolina.

Charley was a wrestler in high school, as was I, and we talked about how hard that could be and the discipline it takes to succeed. In fact, he was a Conference Champion at his weight. Charley was disciplined and this led him to the Marines.

Charley wanted to serve his country and joined right out of high school. He did two tours of duty in Iraq. He later served his country as a contractor in Afghanistan.

I believe Charley is a patriot but he is not an anarchist.

Charley was always quick to help others. In fact, I understand that in jail he alerted the guards to an inmate in distress.

He has put his own life on the line by serving this great country and I know he would do it again if ever asked.

Therefore, I beg for your mercy upon his Sentencing.



My name is ███████ and I am currently nine years active duty in the ████████ Charles Donohoe is m████████████████████

As far back as I can remember, I always think of how Charles Donohoe always represented the United Sates Marine Corps. I always looked forward to seeing him in between his numerous deployments to the Middle East with the Marine Corps and as a contractor with the Department of State. He's someone I've always looked up to. Every time he was home, we would always take hunting and fishing trips. I credit him with all of my knowledge of hunting, and fishing, and the outdoors.

Throughout high school, I always wanted to join the military but I wasn't sure what branch to choose. Charles Donohoe was the one who told me to join ████████████████ Two months after my high school graduation, I shipped out to basic training. Nine years later, ████████████████████████████████████████████████████████████

I respectfully request mercy with his sentencing.

Sincerely,

████████████████████

May 23, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ████████████████████████ I am writing on behalf of Charles Donohoe; Charley.
████████████

Our family is very close. We celebrate birthdays, the holidays, and vacation together every summer at the beach. I know Charley well.

From early childhood through his teen years, Charley exhibited independence, confidence, assertiveness, and athleticism. He competed in BMX racing and was a member of his high school wrestling team. He thrived during his participation in the Boy Scouts and mentored younger scouts as they worked together earning their merit badges.

As planned, he joined the Marine Corps, immediately upon graduating high school. He served two tours in Iraq, honorably. He is recognized as an inspiring and courageous leader; serving his fellow Marines as his battalion patrolled, secured and cleared areas of enemy troops in dangerous territories.

Next, after completing his military commitments, Charley sought out unique career assignments in Afghanistan. For years he helped provide logistic support and protection for others while working in high risk forward operating bases. We were all relieved when he returned home to North Carolina.

Regarding January 6th and the decisions Charley made during this time; we grieve but we are not without hope. For today, we see a new man; Charley is sober-minded, humble, repentant, and full of faith and compassion. He generously shares his commissary with fellow inmates who are without families or assistance, helping provide them with basic necessities.

We are at peace with the knowledge that God is in control and will use all things for our good.

As you prepare for the sentencing stage of these proceedings, I am requesting that you have mercy on Charles Donohoe.

Respectfully



May 24, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ██████████████ and I am ████████████████. I am writing this letter on behalf of ██████████ in hopes of giving you a clear picture of who he is and his relationship with ██. ████████████████████████

I had the unique opportunity as a teenager to see Charley and his identical ████████████ grow up in our family home. My sister ████████ as a young single mother and made the choice to raise her boys at home with her family's support. The wonder and awe we felt for these tiny, beautiful babies was immeasurable.

████████████ have a very special bond with Charley. From the time of infancy through adulthood, ████████ have been involved. ████████ comforted Charley through colic, babysat round the clock and nursed him through any pain and illness. ████████ saw Charley through Cub Scouts and Boy Scouts in a fully immersed hands-on fashion. From camping trips and hiking trips in pouring down rain, ████████ guidance and unwavering support led to Charley earning the most prestigious award, Eagle Scout. Through it all, ████████ sewed on every badge and button and made sure Charley was starched and presentable for all the meetings and events.

Charley went on to join the Marines in 2006. He served his country honorably, completing two tours in Iraq over a four-year period. After that, Charley went to Afghanistan as a Private Contractor to protect U.S. Government Workers. Such a brave act.

Your Honor, I am requesting that you show Charley mercy and leniency during the sentencing process. He is sincerely remorseful for the crimes he has committed. Charley has a loving and supportive family waiting for him and we all want to see him succeed with ████████████ and moving forward with his future endeavors. It is especially important for ████████████████████ to be able to spend their final years left on this earth with Charley as a free man. Please, Your Honor, show mercy on our family.

With Great Respect

████████████████████



May 31, 2023

To: The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is                           My friendship with Charley is nearly thirteen years in the making and still continues to this day. When I first met Charley, he pulled me off to the side to warn me that the person I was hanging out with was not in my best interest. Giving the fact that I had only just met Charley, I took his advice with a grain of salt. Fast forward a year later and I wish I had taken his advice to heart. So even then, Charley was looking out for me. Charley Donohoe has been there for me in some of the best and worst times in my life. From being there for me when my mother passed away, to taking the time to show up to my wedding by surprise. A true friend, and even more so like a brother I never had. Charley Donohoe is a good person. In my experience with him, he always has been. I'd like to think that it is rather obvious that Charley thinks of others before himself as I have witnessed more than once, the times he would help those who needed it. As our friendship grew, so did a working relationship. After Charley had returned home from contracting for the Department of Defense, he came to me looking to build skills in the automotive repair industry. He never ceased to amaze me with his work ethic and his ability to learn the trade. His manners with customers to this day has left imprints on those he had contact with. Customers still ask me about him and how he's doing. Charley proved to be a great asset to the general public, always greeting those he met with a smile and a firm handshake, providing them with a job well done. I reiterate, Charley Donohoe is a good man. While currently speaking with Charley, he has told me of how he looks forward to regaining his freedom, and wishes to come back to work with me at my place of business. I feel as this would be a step in the right direction. Getting him in a place that he enjoys being able to continue to provide a service to the public. Charley has much more to offer to his family, to his friends, and to the people. So, I ask you to please show leniency in the sentencing of Charles Donohoe. We miss him and wish for him to come home.

Respectfully,



## Charles Donohoe

1 message

I first met Charles randomly thru our amateur cage fighting classes. He had been in the military and it was a great outlet. His brother was also there, we all became friends rather quickly. Charles was always really soft spoken easy going, and didn't seem like you're everyday veteran!! Most are egotistical, brash, bull headed, and quick tempered. Charles was just such an easy going likeable guy and he continued to surprise outside of the gym as well just with his overall demeanor. Charles was a bouncer at local bars and we ran into each other quite frequently even after our amateur boxing days were over. I have ran my own business since graduating from high school and Charles would helped me with work especially when I was in a pinch "guys not showing up, needing an extra hand etc" he always came thru and was just an honest and helpful person. I'm honestly a hard person to get along with used to be the blunt, brash, rude human and I learned a lot from Charles and his company. Everyone has their faults of course so he's definitely not perfect but from everything that I've seen and witnessed Charles Donohoe is a stand up honest guy who is a real patriot that was proud to serve his country and took being a patriot very seriously. All of his friends back home were heartbroken to see what unfolded. I don't know the details nor am I writing this email to say he was in the right or wrong I'm purely sending this to help the court understand what a good human he is and how much him being away from everyone is hurting us. It's not only taken away from his life, but it's soul crushing to all those that love him. We're being punished with him and all are affected. I truly hope this letter is read with an open mind and genuine outlook. Charles Donohoe is a kind and special person and his absence is one that has been felt by everyone.

20th May 2023
# The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is

and I have known and been friends with Charley for the better part of 20 years. During the last 10 years or so as the state of our political and social climate has reached a fever point, we have always found ourselves at the opposite ends of the debate but have always been able to remain respectful and supportive friends. While I took part in numerous BLM marches around the country for changes in our judicial system, I witnessed firsthand riots and looting that have caused millions more in damages and exponentially more violent crimes. Charley has always remained a staunch supporter of the police, the judicial system, and the American flag and everything it stands for. As a conservative American veteran, he would tell me about his disappointment in seeing me participate in the marches that would sometimes turn into riots and destroy cities in a country where he felt he had bled for and lost so many brothers in arms defending overseas. Through all the debates, arguments, and disappointments though Charley was never anything short of respectful and honorable in his positions. I have personally witnessed Charley put himself in harms way countless times for anyone he felt needed protection which at many times were women members of the LGBTQ+ community. One of those instances occurred when a young African American trans woman was being harassed and assaulted and Charley saw what was happening and told the assailants to leave the woman alone. They then turned their attention to him and assaulted him leaving him unconscious while the woman was able to escape. He has always had no regard for his own safety when it came to being the protective loving human being he is. I honestly believe with my whole heart that he was there on Jan. 6th not because of some anarchist desire to see chaos, or a treacherous desire to commit treason, but instead was convinced by repeated lies and manipulation that he was protecting all Americans from the very thing he has been charged with, A conspiracy. Im writing this letter to ask that you take his true character, service to our country, and the years he's already spent hundreds of miles away from his home in a cell into account when considering your sentence. I pray that you will show mercy and leniency on him for one day's mistake. The United States would benefit exponentially more from charley contributing to society out here then it would from keeping him locked up around dangerous and real criminals.

May 24, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly:

My name is ███████████████████████████████████████████ who are
███████ Charles [Charley] Donohoe who has been charged with various offenses
related to January 6, 2020.

I remember Charley ██████████████████ spending time with their grandparents. While
visiting, they attended Scout Meetings earning their Eagle Scout awards. Many years, they
came by my house with their grandfather, selling popcorn to raise money for the Scouts. They
were always very polite and mature.

Charley later served his country in the Marine Corps.

I truly believe that whatever he did, he was misled into believing it was for his country. I also
now believe that he knows it was wrong and is a changed man. Because of this I request that
you be merciful when you sentence him so he can soon return to his family and be a
contributor to society.

Respectfully,



Casey Joe Hogge

5-29-2023

The Honorable Judge

Timothy Kelly

I am writing on behalf of Charley Donahoe. Mr Donahoe and I have been close friends & work mates for over fifteen years now maybe even longer. Charley has always be a responsible, helping, hardworking man of his community and an outstanding friend to those in and around the community.

Mr. Donahoe has a strong hold in a lot of old fashion beliefs such as say, yes ma'am, no ma'am, yes sir, no sir, help senior citizens whenever out. I am sure this has some to do with is military background but over all that is just who Mr. Donahoe is. Any time I or others in our downtown community would host fundraiser Mr. Donahoe would always be one of our most reliable volunteers, Quick to help gather others or to come up with other ways to help.

On behalf of my community and I, I respectfully just ask that you can see his compassion when speaking with Mr. Donahoe and that he understands the wrong he has done. I hope the actions he has decide to go through with does not take such a harm-hearted soul from our community for too long. It would be a shame to see one of our veterans fall to our countries waste side. I truly believe that this is something Charley can come back from.

Sincerely, grateful

May 22, 2023
The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ▮▮▮▮▮▮▮▮ I am a retired Information Technology professional and am currently living in ▮▮▮▮▮▮▮ North Carolina.

Having developed a close relationship with Charles Donohoe's grandparents and other members of his family through church, God led me to write to Charles in hopes of assisting his grandparents in providing and expressing love and care for him. Through correspondence, a loving and caring friendship developed between Charles and myself.

In every letter, Charles wrote of his great appreciation for funds I shared and always thanked me and assured me that he would use them wisely. He expressed thanks for my friendship with his grandparents and family, all of whom he dearly loves.

Upon mentioning a topic of amazement to me at our church, Charles was quite interested and expressed a great desire to know more. In every letter he thanked me profusely for my loving friendship with his family. He expressed his exuberant thankfulness for my prayers for him, as well.

Charles always showed such true interest and zeal in any personal projects of which I made him aware and would lovingly offer suggestions to help in my endeavors. Within a few months of corresponding, Charles let me know that he had started reading the Bible. In the Old Testament he said he had stumbled a bit in Leviticus and was now studying the New Testament. In each letter I received from Charles, he expressed a character of sweet thoughtfulness, kindness and caring for his family as well as for others, even mentioning how very proud he was that one of his aunts had just run a marathon.

It has become apparent to me through our correspondence that Charles Donohoe has turned his life over to Christ and has become a tremendous asset in having done so. Perhaps what endears me to Charles the most, besides his acknowledgment of love and care for others, is that he has used his time leading others who had an interest, in Bible Study.

Charles will be such an asset to society as he brings his newfound love for Christ to his son, his entire family and others with whom he will be in contact. I look forward to meeting this fine man soon and learning more about his planned endeavors to work as a zealous asset to society. Thank you for allowing me to share how God has shaped Charles' life and future. I pray that you may take it upon your heart to allow Charles to re-enter society with time served and with all he has to offer this world.

Respectfully,



Jun 1. 2023

DEAR HONORABLE JUDGE KELLY.

My NAME IS ███████████ AND I HAVE
BEEN FRIENDS WITH CHARLEY FOR QUITE SOMETIME.
I HAVE SEEN HIM THROUGH GOOD TIMES AND BAD.

CHARLEY HAS ALWAYS BEEN THE TYPE TO
STAND UP FOR THE WEAK PEOPLE, THOSE WHO WOULD
GET PICKED ON. I KNOW THIS PERSONALLY. HE TAUGHT
ME TO STAND UP FOR MYSELF AND THAT HAS MADE
ME A BETTER PERSON AND MORE CONFIDENT
IN MYSELF.

BUT SOMETIMES WE LOSE OUR WAY
AND I TRULY BELIEVE CHARLEY DID. HE
MET THE WRONG PEOPLE. A MISTAKE WE ALL
MAKE. I KNOW I HAVE. CHARLEY IS A GREAT MAN
WHO HAS SERVED HIS COUNTRY, WHO HAS PUT HIS LIFE
ON THE LINE FOR THE WEAK, TO PROTECT FOR THE
GREATER PURPOSE. ON A SCALE THAT MOST CAN NEVER
UNDERSTAND.

YOUR HONOR I ███████████ BEG YOU TO
PLEASE SHOW MERCY ON CHARLEY. I FEEL THAT
HE UNDERSTANDS THE SEVERITY OF HIS ACTIONS
AND TRULY REGRETS THEM. PLEASE BRING THIS
MARINE HOME. I MISS MY FRIEND.

RESPECTFULLY.

May 24,2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ████████████████████████  ████████████████████ have been lucky enough to know Charley since he was 1 year old. It has been incredible to see Charley grow into the man he is today.

Even at a young age Charley was always the person to assist others and be there if anyone needed him. During his teenage years he volunteered for many hours of service to the community and others. This commitment to others earned him the rank of Eagle Scout which less than 4% of Scouts attain.

After finishing high school Charley immediately continued giving to others and his country by joining the Marines for two tours in Iraq. His time in Iraq was during the most dangerous part of the war. Charley was in the front-line infantry and was often the first person to kick in doors looking for insurgents. I have extreme respect for him knowing he could be killed at any time protecting our country and yet still moved forward!

Next, after the military Charley protected high level military leaders in Afghanistan and other extremely dangerous parts of the world. I could not imagine the mental stress Charley has had in his life living in these conditions for so many years.

Even though I am many years older than Charley his life has had such a positive influence on me. When I have a stressful period at my job or other situations in life, I often remind myself of the stresses Charley went through in Iraq. Seeing others die in front of you and being shot at constantly dwarfs whatever difficult situation I was dealing with.

Charley and I would often go fishing together in his teenage years, and after he got home from military deployments. Even as a teenager we would be walking out of the woods from fishing, and he would pick up trash others left behind. He would want to clean up the environment but more importantly he wanted to set a good example to others we were fishing with.

Charley is ████████████████████████ When my boys were working towards their Eagle Scout award Charley would often call them and coach them through difficult times – without being asked. Additionally, █████████████████ was wrestling in high school and Charley would often call him to keep him motivated to work harder at practice.

Charley is a remarkable person with a "give first" approach to life. He is a strong positive influence on everyone he meets. Charley will be a great positive asset to any community, employer, or church he is a part of.

As you approach the sentencing stage, please have mercy on Charley as our society needs more people like him!

Respectfully,



Dear Judge Kelly,

My name is ███████████ and I have known Charles J. Donohoe since my late teens. I consider the time that I have spent with him when our paths have crossed to be a privilege. We have known each other from when we went to church together in our teenage years and as we got older would cross paths in night outings. He even was a consultant for helping me develop scenarios and character development for a book series that I had been working on at the time extensively.

Charles J. Donohoe to me is a man with high standards of values and a conviction to do what is morally right in the benefit for his loved ones and community, no matter the cost. A man of action, a man of honor, and a man of God. Charles J. Donohoe is someone who truly seeks within his own heart to achieve greatness for the greater good. As teenagers and young adults, he was always positive of mind and kind to others. I can never recall a time where he belittled others for their weaknesses. He was and is to this day a leader that inspires people to be better, not for his personal benefit but for the benefit of themselves. From my experience within the church many of the people were trying to look pure and holy. I never once got the feeling that Charles J. Donohoe was trying to be anything else than himself.

In my young adult years, he and I would cross paths and socialize. We would share general updates in our lives and then be about our business. Though there was and will always be this one thing I can remember in almost all our engagements. Charles would ask almost every time "How is your ███████████████ This question always seemed to set him apart from so many.█████████████████

Charly is incredibly intelligent and, in many ways, smarter than me in areas that I wish I had more competence. It was Darwin who said, *"It is not the strongest of the species that survives, nor the most intelligent that survives. It is the one that is most adaptable to change."* Though all of us are geniuses in our own ways. Charly is a combination of strength, intelligence, an adaptable nature, and with the gift of humility.

May 27, 2023

The Honorable Judge Timothy Kelly

Dear Judge Kelly,

My name is ▮▮▮▮▮▮▮▮▮▮ I am a friend of Charley Donohoe. When I think of him, the word protector always comes to mind. He is a Marine who served two tours of duty in Iraq and spent time in Afghanistan protecting United States government civilians. I am so grateful for these men who defend our country, which means they are protecting me. While serving in the Marine Corp he became a certified as Combat Life Saver. On a New Year's Day, while skiing, he saw a man hit a tree and immediately went to his aide. Unfortunately, his head and neck injuries were so severe that he could not be resuscitated. The fact that he did not hesitate to help a stranger speaks of his character.

I ask that you please show mercy to this young man and consider the time he has already spent incarcerated.



**5/27/2023**

**The Honerable Judge Timothy Kelly**

Dear Judge Kelly,

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ I have been close friends with Charles
Donohoe for nearly 15 years.

Charley has served his country and community his whole life. As a young man
he participated in Boy Scouts of America where he eventually earned
admittance into the Order of the Arrow, a recognition bestowed upon those
who exemplify the ideals of uplifting those around them and upholding the
code of the Boy Scouts. Following that, Charley joined the US Marine Corp
where he served in Afghanistan, experiencing some of the fiercest combat of
the war. After his honorable discharge from the Marine Corp Charley
continued to serve his country as an operator for the Department of Defense
contractor, Triple Canopy where he worked as armed security for United States
assets overseas. After witnessing the devastation that Hurricane Florence
brought to the North Carolina Coast, Charley worked in his community to

Continues to return the Camp Raven Knob to attend Order of the Arrow
inductee ceremonies and support youth scouts. He is highly influenced still by
his Boy Scouts training and is constantly thinking of ways to help in his
community. Despite the circumstances of recent events Charley is highly
patriotic and his love for country and community is what drives him. On his
behalf, and behalf of a community he can still serve, I ask for your mercy in
issuing his sentence.

Respectfully,



5/22/2023

To The Honorable Judge Timothy Kelly

Deer Judge Kelly

My name is ▓▓▓▓▓▓▓▓ and Charley and I have been good friends.
We met at a restaurant in Winston Salem one day. We were having breakfast at tables next to each other.
We struck up a conversation with each other and felt like we had some interests in common for the people in our community.
We started to work together to raise money for people in need, mostly the homeless. With the money we raised, we managed to buy blankets, gloves, hats and other necessities to keep the homeless community warm in the winter months. Once purchasing the items, I was present with Charlie when we distributed them to homeless people as we drove down the street and stopped individually to talk and give the articles away.

Basically, from my experience, I have to say I know that Charley has always been a caring man for his community.

So therefore, I am requesting that you have mercy when he is sentenced.

Respectfully Yours.



Dear Judge Kelly,

My name is ███████████ and I grew up through High School ███████████
███████████ Although they moved to North Carolina,
Charley's family has kept me up to date with Charley's life from graduations, joining the
Marine Corps, various jobs and the birth of his son and the unfortunate event on
January 6.

███████████ I visited with the Donohoe family several years ago while they were
visiting their ███████████████████████████████ Charley was polite,
kind-hearted and especially attentive to his Grandparents. He was a pleasure to spend
time with and we looked forward to seeing him again.

Charley ███████████ proud veteran and an important member of his family. He is
particularly close to his aging Grandparents who helped to raise him. Please consider
all of the good that Charley has to offer when determining his sentence.

Please feel comfortable reaching out to me at anytime.

Phone: ███████████

Thanks,