The following courses have been completed by Mr. Donohoe while he has been in the custody of the Orange County Jail. Follow the links to view a copy of the certificates earned.

**Inmate Name:** CHARLES DONOHOE

**Inmate ID:** 306435

**Facility Name:** Orange County Jail

**Click on the Download link(s) to view the certificates:**

| Course | |
|---|---|
| "Choices" a Criminal Justice Workbook | Download |
| 12-Step Program | Download |
| 17 Welcome Home - Your Next Decision | Download |
| 5 Questions Every 24/7 Dad Asks | Download |
| ALCOHOL: A Women's Health Issue | Download |
| Adaptability: Why it matters and how to develop it | Download |
| Aggression Management | Download |
| Anger Management and Cognitive Behavioral Therapy | Download |
| Anger Management for Substance Abuse and Mental Health Clients | Download |
| Basic Kitchen and Food Service Management | Download |
| Basic Math: Unit 1 - Whole Numbers | Download |
| Basic Math: Unit 2 - Fractions and Mixed Numbers | Download |
| Basic Math: Unit 3 - Decimals | Download |
| Basic Math: Unit 4 - Ratios and Proportions | Download |
| Basic Math: Unit 5 - Percents | Download |
| Basic Shop Safety | Download |
| Basic Stair Construction | Download |
| Basic Writing: Unit 1 - Sentence Structure | Download |
| Basic Writing: Unit 2 - Paragraph Writing | Download |
| Basic Writing: Unit 3 - Effective Sentences | Download |
| Basic Writing: Unit 4 - Introduction to Referencing Materials | Download |
| Basic Writing: Unit 5 - Essay Writing | Download |
| Being an Involved Father: It's Easier Than You Think | Download |
| Benefits of Going to the Doctor | Download |
| Beyond Hangovers | Download |
| Blueprint for Success in College and Career: Unit 1 | Download |
| Blueprint for Success in College and Career: Unit 9 | Download |
| Blueprint for Success in College and Career: Units 10 & 11 | Download |
| Blueprint for Success in College and Career: Units 2 & 3 | Download |
| Blueprint for Success in College and Career: Units 4-6 & 8 | Download |

| | |
|---|---|
| Blueprint for Success in College: Career Decision Making | Download |
| Building Bonds | Download |
| Building Construction: Basic Masonry | Download |
| COMPASS – FINANCES GOD'S WAY™, Chapter 1 | Download |
| Career Interest Survey | Download |
| Celebrate Recovery | Download |
| Changing Your Thinking | Download |
| Changing a Child Support Order | Download |
| Chasing the Dragon: The Opioid Epidemic | Download |
| Child Support Enforcement | Download |
| Choosing a College: Questions to Ask | Download |
| Co-Parenting Training | Download |
| Cognitive Behavioral Therapy | Download |
| Cognitive Behavioral Therapy: Introduction | Download |
| Cognitive Strategies for Self-Control | Download |
| College Mathematics for Everyday Life - Chapters 1 & 2 | Download |
| College Mathematics for Everyday Life - Chapters 3 & 4 | Download |
| College Mathematics for Everyday Life - Chapters 5 & 6 | Download |
| College Mathematics for Everyday Life - Chapters 7 & 8 | Download |
| College Mathematics for Everyday Life - Chapters 9 & 10 | Download |
| College Skills - Intermediate English - Units 1 & 2 | Download |
| College Skills - Intermediate English - Units 3 & 4 | Download |
| College Skills - Intermediate English - Units 5 & 6 | Download |
| College Skills - Intermediate English - Units 7 & 8 | Download |
| College Skills - Intermediate English - Units 9 & 10 | Download |
| Common Mental Health Problems | Download |
| Common Mental Health Problems: Beyond Coping Skills | Download |
| Common Mental Health Problems: Depression | Download |
| Common Mental Health Problems: Generalized Anxiety | Download |
| Common Mental Health Problems: Introduction | Download |
| Common Mental Health Problems: PTSD | Download |
| Common Mental Health Problems: Substance Use Disorder | Download |
| Common Mental Health Problems: Suicidality | Download |
| Communicating With Excellence | Download |
| Comorbidity: Substance Use Disorders and Other Mental Illnesses | Download |
| Comorbilidad: los trastornos por consumo de drogas y otras enfermedades mentales | Download |
| Compass – FINANCES GOD'S WAY™ | Download |
| Comprender el TDAH | Download |
| Comprender el Trastorno Bipolar | Download |

| | |
|---|---|
| Comprender el trastorno de estrés postraumático (TEPT) | Download |
| Comprender el trastorno de obsesivo compulsivo (TOC) | Download |
| Comprender el trastorno límite de la personalidad | Download |
| Comprender el trastornos del espectro autista | Download |
| Comprender la depresión con enfermedades crónicas | Download |
| Comprender la depresión en adultos mayores | Download |
| Comprender la depresión en los hombres | Download |
| Comprender los trastornos alimentarios | Download |
| Comprender los trastornos de ansiedad | Download |
| Concrete: Composition & Mixing | Download |
| Concrete: Constructing Forms & Curing | Download |
| Conducir bajo el efecto de drogas | Download |
| Conflict Management | Download |
| Conflict Management in the Workplace | Download |
| Conflict Resolution | Download |
| Consejos de Comunicación para Familias | Download |
| Consumer Education: Unit 1 - Getting a Job or Furthering Your Education | Download |
| Consumer Education: Unit 2 - Taxes | Download |
| Consumer Education: Unit 3 - Housing | Download |
| Consumer Education: Unit 4 - Transportation | Download |
| Consumer Education: Unit 5 - Investing | Download |
| Consumer Education: Unit 6 - Consumer Protection and Decision Making | Download |
| Consumer Protection and Decision Making: Lesson 1 - Advertising and Decision Making | Download |
| Consumer Protection and Decision Making: Lesson 2 - Comparison Shopping | Download |
| Consumer Protection and Decision Making: Lesson 3 - Deception and Fraud | Download |
| Consumer Protection and Decision Making: Lesson 4 - Rights and Responsibilities | Download |
| Consumer Protection and Decision Making: Lesson 5 - Resolving a Consumer Complaint | Download |
| Coping with Stress | Download |
| Credit Scores | Download |
| Critical Thinking | Download |
| DEA Drug Facts: Depressants | Download |
| DEA Drug Facts: Drugs of Concern and Designer Drugs | Download |
| DEA Drug Facts: Hallucinogens | Download |
| DEA Drug Facts: Marijuana/Cannabis | Download |
| DEA Drug Facts: Narcotics | Download |
| DEA Drug Facts: Steroids and Inhalants | Download |
| DEA Drug Facts: Stimulants | Download |
| DOMESTIC VIOLENCE - Finding Safety & Support | Download |
| De nuevo en Contacto | Download |

| Title | |
|---|---|
| Decisions in Treating Opioid Use Disorder | Download |
| Depression: What You Need To Know | Download |
| Developing Empathy: Creating the Human Connection | Download |
| Developing Initiative: A Key Attitude for Personal Effectiveness | Download |
| Diabetes: A Disease of Obesity and Insulin | Download |
| Diesel Engines: Air Intake System & Battery | Download |
| Diesel Engines: Cooling System | Download |
| Diesel Engines: Fuel System | Download |
| Diesel Engines: Lubrication System | Download |
| Diesel Engines: Valves & Cylinder Heads | Download |
| Diesel Technology: Equipment Maintenance | Download |
| Diesel Technology: Systems Maintenance | Download |
| Diesel Technology: Tools & Equipment- Identification, Safety & Operations | Download |
| Discipline For Fathers | Download |
| Domestic Violence | Download |
| Drug Use and Viral Infections: HIV & Hepatitis | Download |
| Drugged Driving | Download |
| Earth and Space Science: Lesson 1 - Energy in the Earth System | Download |
| Earth and Space Science: Lesson 2 - Evolution of the Earth System | Download |
| Earth and Space Science: Lesson 3 - Origin and Evolution of the Universe | Download |
| Earth and Space Science: Lesson 4 - Preservation of the Earth and its Resources | Download |
| Eating Healthy | Download |
| Efectos a la Salud por Inhalantes | Download |
| Efectos a la salud de cocaína | Download |
| Efectos a la salud de las drogas sintéticas | Download |
| Efectos a la salud por fentanilo | Download |
| Efectos en la Salud de MDMA (éxtasis/molly) | Download |
| Efectos en la Salud de la Marihuana | Download |
| Efectos en la salud de Kratom | Download |
| Efectos en la salud de la heroína | Download |
| Efectos en la salud de los alucinógenos | Download |
| Efectos en la salud de los medicamentos de venta libre | Download |
| Efectos en la salud de los medicamentos recetados | Download |
| Efectos en la salud por metanfetamina | Download |
| Efectos sobre la salud de los cigarrillos y los cigarrillos electrónicos | Download |
| Efectos sobre la salud de los esteroides anabólicos | Download |
| Effective and Professional Communication in the Workplace | Download |
| El consumo de drogas y las infecciones virales: VIH y hepatitis | Download |
| Electrical Fundamentals Competency E- 3 - Explain Wiring Connections | Download |

| | |
|---|---|
| Electrical Fundamentals Competency E-1 - Describe the Basic Principles of Electricity | Download |
| Electrical Fundamentals Competency E-2 - Identify Common Circuit Components and Their Symbols | Download |
| Electrical Fundamentals Competency E-4 – Use Multimeters | Download |
| Employability Skills B-1 Apply Study and Learning Skills | Download |
| Employability Skills B-2 Describe Expectations and Responsibilities of Employers and Employees | Download |
| Employability Skills B-3 Use Interpersonal Communication Skills | Download |
| Enfoques de tratamiento para la adicción de drogas | Download |
| Entender el suicidio | Download |
| Entender la esquizofrenia | Download |
| Entendiendo el uso de drogas y la adicción | Download |
| Explained: Constructive Criticism/Feedback | Download |
| Explained: Online Basics - Digital Lifestyle | Download |
| Exploring Careers: Agriculture, Food & Natural Resources | Download |
| Exploring Careers: Architecture & Construction | Download |
| Exploring Careers: Arts, A/V Technology & Communication | Download |
| Exploring Careers: Business Management and Administration | Download |
| Exploring Careers: Education & Training | Download |
| Exploring Careers: Finance | Download |
| Exploring Careers: Government and Public Administration | Download |
| Exploring Careers: Health Science | Download |
| Exploring Careers: Hospitality & Tourism | Download |
| Exploring Careers: Human Services | Download |
| Exploring Careers: Information Technology | Download |
| Exploring Careers: Law, Public Safety, Corrections & Security | Download |
| Exploring Careers: Manufacturing | Download |
| Exploring Careers: Marketing | Download |
| Exploring Careers: Science, Technology, Engineering, & Mathematics | Download |
| Exploring Careers: Transportation, Distribution & Logistics | Download |
| Faces of Change: Do I have a problem with alcohol or drugs? | Download |
| Fatherhood Changes Everything: Be a Present Father | Download |
| Financial Literacy: Credit & Loans | Download |
| Financial Literacy: Getting Started | Download |
| Financial Literacy: Homeownership | Download |
| Financial Literacy: Insurance | Download |
| Financial Literacy: Personal Finance Basics | Download |
| Financial Literacy: Taxes & Paychecks | Download |
| Food Safety, Sanitation, and Personal Hygiene | Download |

| | |
|---|---|
| Formulas for Career Success: After the Interview | Download |
| Formulas for Career Success: Cover Letters | Download |
| Formulas for Career Success: Financial Aid | Download |
| Formulas for Career Success: Higher Learning | Download |
| Formulas for Career Success: Interview Preparation | Download |
| Formulas for Career Success: Interviews | Download |
| Formulas for Career Success: Job Application | Download |
| Formulas for Career Success: Job Search | Download |
| Formulas for Career Success: Résumé | Download |
| From Coverage to Care | Download |
| Fundamental Economic Concepts: Lesson 1 | Download |
| Fundamental Economic Concepts: Lesson 2 - Microeconomics and Macroeconomics | Download |
| Fundamental Economic Concepts: Lesson 3 - Economic Events That Have Shaped American Government and Policies | Download |
| Fundamental Economic Concepts: Lesson 4 - Consumer Education | Download |
| Fundamental Mathematics Book 1 - Unit 1: Number Sense | Download |
| Fundamental Mathematics Book 1 - Unit 2: Addition | Download |
| Fundamental Mathematics Book 1 - Unit 3: Subtraction | Download |
| Fundamental Mathematics Book 1 – Unit 4: Estimating, Time & Shapes | Download |
| Fundamental Mathematics Book 2 - Unit 1: Number Sense | Download |
| Fundamental Mathematics Book 2 - Unit 2: Addition | Download |
| Fundamental Mathematics Book 2 - Unit 3: Subtraction | Download |
| Fundamental Mathematics Book 2 - Unit 4: Multiplication | Download |
| Fundamental Mathematics Book 2 - Unit 5: Part 2 Adding/Subtracting Units of Time & Perimeter | Download |
| Fundamental Mathematics Book 2 - Unit 5: Part 1 Making Change and Time | Download |
| Fundamental Mathematics Book 3 - Unit 3: Division | Download |
| Fundamental Mathematics Book 3 – Unit 1 & 2: Number Sense & Multiplication | Download |
| Fundamental Mathematics Book 3 – Unit 4: Change, Time and the Metric System | Download |
| Fundamental Mathematics Book 4 - Unit 1: Working with Decimals | Download |
| Fundamental Mathematics Book 4 – Unit 6: Measurement | Download |
| Fundamental Mathematics Book 4 – Units 2 & 3: Adding, Subtracting and Multiplying Decimals | Download |
| Fundamental Mathematics Book 4 – Units 4 & 5: Dividing Decimals & Using Decimals in Real Life | Download |
| Gas Metal Arc Welding | Download |
| Geography And The World: Lesson 1 - Development of Classical Civilizations | Download |
| Geography And The World: Lesson 2 - Relationship Between the Environment and Societal Development | Download |
| Geography And The World: Lesson 3 - Borders Between People and Nations | Download |

| | |
|---|---|
| Getting a Job or Furthering Your Education: Lesson 1- Find a Job | Download |
| Getting a Job or Furthering Your Education: Lesson 2- Labor Unions | Download |
| Getting a Job or Furthering Your Education: Lesson 3 - Health Insurance | Download |
| Getting a Job or Furthering Your Education: Lesson 4 - Your Paycheck and Taxes | Download |
| Getting a Job or Furthering Your Education: Lesson 5 – Payday | Download |
| Getting a Job or Furthering Your Education: Lesson 6 - Transition to Higher Education | Download |
| Getting a Job: Interviews, Negotiating and Accepting an Offer | Download |
| Getting a Job: Navigating Job Applications | Download |
| Getting a Job: Planning and Searching for Jobs | Download |
| Getting a Job: References, Portfolios and Work Samples | Download |
| Getting a Job: Resumes and Cover Letters | Download |
| Grief: How to Endure It | Download |
| Guide for Incarcerated Parents – Who Have Children in the Child Welfare System | Download |
| Guide to Successful Reentry | Download |
| Haga la Diferencia | Download |
| Hand Tool Identification Terminology | Download |
| Harm Reduction | Download |
| Harmful Interactions | Download |
| Health Effects of Anabolic Steroids | Download |
| Health Effects of Cigarettes and E-Cigarettes | Download |
| Health Effects of Cocaine | Download |
| Health Effects of Fentanyl | Download |
| Health Effects of Hallucinogens | Download |
| Health Effects of Heroin | Download |
| Health Effects of Inhalants | Download |
| Health Effects of Kratom | Download |
| Health Effects of MDMA (Ecstasy/Molly) | Download |
| Health Effects of Marijuana | Download |
| Health Effects of Methamphetamine | Download |
| Health Effects of Over-the-Counter Medicines | Download |
| Health Effects of Prescription Drugs | Download |
| Health Effects of Synthetic Drugs | Download |
| Heart Healthy Living | Download |
| Helping Your Loved One Who is Suicidal: A Guide for Family and Friends | Download |
| Hot Topics: Addiction | Download |
| Housing: Lesson 1 - Renting vs. Owning | Download |
| Housing: Lesson 2- Insurance | Download |
| How To Be Okay | Download |
| How To Be Patient | Download |

| | |
|---|---|
| How To Heal Family Wounds | Download |
| How to Boost Conscientiousness | Download |
| How to Boost Self-Awareness | Download |
| How to Cope with a Dysfunctional Family | Download |
| How to Create a Calmer Household | Download |
| How to Develop a Strong Internal Locus of Control | Download |
| How to Improve Reasoning Skills | Download |
| How to Nourish Your Mental Health Daily | Download |
| How to Prioritize Fun for Improved Mental Health | Download |
| How to Treat and Prevent a Common Cold | Download |
| Identity Theft: Recovery Plan | Download |
| Importance of Work Ethic | Download |
| In-The-Moment Strategies for Self-Control | Download |
| Installation: Door and Window Hardware | Download |
| Installation: Doors & Windows | Download |
| Installation: Drywall | Download |
| Installation: Electrical Wiring & Control Systems | Download |
| Installation: Foundation and Sub-Flooring | Download |
| Installation: Framing | Download |
| Installation: Plumbing Equipment and Fixtures | Download |
| Installation: Roofing | Download |
| Interacciones Dañinas | Download |
| Intermediate English as a Second Language | Download |
| Internet Explorer Basics | Download |
| Introduction to Computer Science 101 | Download |
| Introduction to Computer Science 102 | Download |
| Introduction to Computers | Download |
| Introduction to Material Handling | Download |
| Investing: Lesson 1 - Life Insurance | Download |
| Investing: Lesson 2 – Stocks | Download |
| Investing: Lesson 3 - Mutual Funds | Download |
| Investing: Lesson 4 - Investing in Bonds | Download |
| Investing: Lesson 5 - Retirement Plans | Download |
| Journaling - What is it and What are the Benefits? | Download |
| King James Version of the Holy Bible | Download |
| Large Power Tool Safety Operation and Identification | Download |
| Letting Go of Anger | Download |
| Life Science: Lesson 1 - The Human Body | Download |
| Life Science: Lesson 2 - The Cell | Download |

| | |
|---|---|
| Life Science: Lesson 3 - Molecular Basis of Heredity | Download |
| Life Science: Lesson 4 - Understanding Evolution | Download |
| Life Science: Lesson 5 - Form and Function | Download |
| Life Science: Lesson 6 - Interdependence of Organisms | Download |
| Life Science: Lesson 7 - Behavior of Organisms | Download |
| Lifelong Learning | Download |
| Make A Difference | Download |
| Managing Diversity | Download |
| Mathematics: Unit 1 - Intro to Real Numbers | Download |
| Mathematics: Unit 2 - Variables and Algebraic Expressions | Download |
| Mathematics: Unit 3 - Intro to Geometry | Download |
| Mathematics: Unit 4 - Linear Inequalities in One Variable | Download |
| Mathematics: Unit 5 - Linear Functions | Download |
| Mathematics: Unit 6 - Polynomials and Factoring | Download |
| Mathematics: Unit 7 - Rational Expressions | Download |
| McShin Foundation CARE Talks: Alisa Gregory | Download |
| McShin Foundation: Get In The Herd After Hours with Alex Bond & Guest Tyler Thompson & Luke Durbin | Download |
| McShin Foundation: Get In The Herd Podcast with Alex Bond and Nathan Mitchell & Guests Jamie Christopher Baker | Download |
| McShin Foundation: Get In The Herd Podcast with Alex, Brian, and James | Download |
| McShin Foundation: Get In The Herd with John Shinholser, Nathan Mitchell, & Special Guest Paul Kalchbrenner | Download |
| McShin Foundation: Intake Process Tutorial | Download |
| McShin Foundation: Jesse Wysocki's Recovery Group | Download |
| McShin Foundation: Project Inside Hope: Episode 2 | Download |
| Medicare & Your Mental Health Benefits | Download |
| Medication Assisted Treatment Options for Opioid Use Disorder | Download |
| Meditation | Download |
| Mental Health: ADHD | Download |
| Mental Health: Anosognosia | Download |
| Mental Health: Anxiety Disorder | Download |
| Mental Health: Bipolar Disorder | Download |
| Mental Health: Borderline Personality Disorder | Download |
| Mental Health: Depression | Download |
| Mental Health: Dissociative Disorder | Download |
| Mental Health: Dual Diagnosis | Download |
| Mental Health: Eating Disorders | Download |
| Mental Health: Major Depressive Disorder | Download |

| Title | |
|---|---|
| Mental Health: Obsessive Compulsive Disorder (OCD) | Download |
| Mental Health: PTSD | Download |
| Mental Health: Psychosis | Download |
| Mental Health: Schizoaffective Disorder | Download |
| Mental Health: Schizophrenia | Download |
| Mental Health: Self-Harm | Download |
| Mental Health: Sleep Disorders | Download |
| Mental Health: Suicide | Download |
| Mental Health: Talking with a Health Care Provider | Download |
| Mental Health: You and Your Community | Download |
| Microsoft Excel 2010 Basics | Download |
| Microsoft Outlook 2010 Basics | Download |
| Microsoft PowerPoint 2010 Basics | Download |
| Microsoft Word 2010 Basics | Download |
| Microsoft: Windows 7 Basics | Download |
| Motivation to Change | Download |
| Multiple Pathways of Recovery - A Guide for Individuals and Families | Download |
| NSE Foundation: Hang in There | Download |
| NSE Foundation: It's Time to Live in Freedom! | Download |
| Narcotics Anonymous: A Quick Review | Download |
| Narcotics Anonymous: An Introductory Guide | Download |
| Narcotics Anonymous: Behind the Wall | Download |
| Narcotics Anonymous: White Booklet | Download |
| Narcotics Anonymous: Working Step Four | Download |
| Narcóticos Anónimos: Entre Rejas | Download |
| Narcóticos Anónimos: Guía para trabajar el Cuarto Paso | Download |
| Navigating a Mental Health Crisis | Download |
| Networking | Download |
| North Carolina Driver's Handbook | Download |
| North Point Ministries-Starting Over | Download |
| Opioid Crisis: Living with Substance Use Disorder | Download |
| Oxy-Acetylene Welding: Safety & Introduction | Download |
| Oxy-Fuel Welding, Brazing & Cutting | Download |
| Parenting While Incarcerated | Download |
| Parenting: A Father's Laughter | Download |
| Parenting: A Father's Story | Download |
| Parenting: Back in Touch | Download |
| Parenting: Communication Tips for Families | Download |
| Parenting: Forever Family | Download |

| | |
|---|---|
| Parenting: Get Creative, Stay Connected | Download |
| Parenting: Healthy Relationships | Download |
| Parenting: Long Distance Dads | Download |
| Parenting: Praise with a Purpose | Download |
| Parenting: Questions Children Ask | Download |
| Parenting: Steps in the Right Direction | Download |
| Parenting: The Courage to Fail | Download |
| Parenting: The Other Terrible Toos | Download |
| Parenting: Tips From a Father in Prison | Download |
| Parenting: Unbreakable Bond | Download |
| Parenting: Visiting Mom or Dad | Download |
| Parenting: Why Maintain Relationships | Download |
| Pasos en la Dirección Correcta: El Otro Padre de Tus Hijos | Download |
| Peers and Relationships | Download |
| Personal Values | Download |
| Physical Science: Lesson 1 - Structure and Properties of Matter | Download |
| Physical Science: Lesson 2 - Chemical Reactions | Download |
| Physical Science: Lesson 3 - Motion and Forces | Download |
| Physical Science: Lesson 4 - Systems, Order and Organization | Download |
| Physical Science: Lesson 5 - Interactions of Energy and Matter | Download |
| Piénselo antes de beber | Download |
| Porque Mantener Relaciones? | Download |
| Portable Wood Power Tools | Download |
| Portable Wood Power Tools I: Safety, Operation & ID | Download |
| Portable Wood Power Tools II: Safety, Operation & ID | Download |
| Positive but Realistic Thinking | Download |
| Practicing Mindfulness | Download |
| Preguntas que los Niños Hacen | Download |
| Prescription Pain Medications | Download |
| Principles of Human Communication | Download |
| Prioritize Like a Pro | Download |
| Professional Development-Decision Making | Download |
| Protecting Your Child: Identifying Dangerous Relationships | Download |
| Providing Exceptional Customer Service | Download |
| ROA - Rock of Ages Heart of the Problem | Download |
| ROA - Rock of Ages: Making the Change | Download |
| ROA - Rock of Ages: The Bible | Download |
| ROA - Rock of Ages: Titanic | Download |
| Reading Through Language Arts: Unit 1 - The Reading Process | Download |

| | |
|---|---|
| Reading Through Language Arts: Unit 2 - Vocabulary and Word Skills | Download |
| Reading Through Language Arts: Unit 3 - Reading Comprehension Skills | Download |
| Reading Through Language Arts: Unit 4 - Patterns of Organization | Download |
| Reading Through Language Arts: Unit 5 - Purpose and Tone | Download |
| Reading Through Language Arts: Unit 6 - Graphics and Electronic Texts | Download |
| Reading Through Language Arts: Unit 7 - The Writing Process | Download |
| Relationships | Download |
| Responsible Service of Alcohol: A Server's Guide | Download |
| Rethinking Drinking | Download |
| Rise4Me Reentry Resources | Download |
| Risk Taking | Download |
| Road-map for Recovery | Download |
| Safe Work Practices A-5 Describe Fire Safety | Download |
| Safe Work Practices: A- 3 Handle Hazardous Materials Safely | Download |
| Safe Work Practices: A-1 Control Workplace Hazards | Download |
| Safe Work Practices: A-4 Describe Personal Safety Practices | Download |
| Science: Unit 1 - Scientific Methods and Technology | Download |
| Science: Unit 2 - Life Science | Download |
| Science: Unit 3 - Physical Science | Download |
| Science: Unit 4 - Earth and Space Science | Download |
| Se Creativo, Manten El Vínculo | Download |
| Self-Control - Using the SOS Method | Download |
| Setting S.M.A.R.T. Goals | Download |
| Shielded Metal Arc Welding | Download |
| Shielded Metal Arc Welding: 6010 Electrodes | Download |
| Shielded Metal Arc Welding: 7018 Electrodes | Download |
| Shielded Metal Arc Welding: AWS EDU-6 Entry Level Welder Qualification | Download |
| Shielded Metal Arc Welding: Preparation & Safety | Download |
| Small Business Management | Download |
| Small Gas Engine: Assembly Procedures | Download |
| Small Gas Engine: Disassembly Procedures | Download |
| Social Anxiety | Download |
| Social Media: Navigating Safely | Download |
| Social Studies: Unit 1 - Civics and Government | Download |
| Social Studies: Unit 2 - United States History | Download |
| Social Studies: Unit 3 - Economics | Download |
| Social Studies: Unit 4 - Geography and the World | Download |
| Staying Healthy: A Guide to Health Care and Healthy Living | Download |
| Stories of Hope and Recovery: A Video Guide for Suicide Attempt Survivors | Download |

| | |
|---|---|
| Strategies for Self-Control | Download |
| Substance Abuse | Download |
| Taxes: Lesson 1 - Government and Taxes | Download |
| Taxes: Lesson 2 - Filing Federal Taxes | Download |
| Taxes: Lesson 3 - Filing State Taxes | Download |
| Tech Savvy Parenting: Helping Your Child Navigate Their Digital World | Download |
| The 5 Love Languages | Download |
| The College Application Process: Common Terms to Know | Download |
| The Inside Out Dad | Download |
| The Issue with Absent Fathers | Download |
| The Next Step...Toward a Better Life | Download |
| The Power of Choice: Empowering Strategies for Anger Management | Download |
| The Purpose Driven Life | Download |
| Think Better, Live Better: Cognitive Distortions | Download |
| Thrauma | Download |
| Tips For Older Workers | Download |
| Tips for Workers with Disabilities | Download |
| Tips for the Entry-Level Worker | Download |
| Transportation: Lesson 1 - Selecting a Vehicle | Download |
| Transportation: Lesson 2 - Buying vs. Leasing | Download |
| Transportation: Lesson 3 - Auto Insurance | Download |
| Tratamiento para Problemas con el Alcohol | Download |
| Treatment Approaches for Drug Addiction | Download |
| Treatment for Alcohol Problems | Download |
| Triggers and Cravings | Download |
| Trustworthiness: Why it matters and how to develop it | Download |
| Una familia para siempre | Download |
| Understanding ADHD | Download |
| Understanding Anxiety Disorders | Download |
| Understanding Autism Spectrum Disorder | Download |
| Understanding Bipolar Disorder | Download |
| Understanding Borderline Personality Disorder | Download |
| Understanding Controlled Substances: DEA Resource Guide | Download |
| Understanding Depression in Men | Download |
| Understanding Depression in Older Adults | Download |
| Understanding Depression in Women | Download |
| Understanding Depression with Chronic Illness | Download |
| Understanding Drug Use and Addiction | Download |
| Understanding Eating Disorders | Download |

| | |
|---|---|
| Understanding How Attitudes Affect Behavior | Download |
| Understanding Mental Illness Disorders | Download |
| Understanding Obsessive-Compulsive Disorder | Download |
| Understanding Physical Health | Download |
| Understanding Post-Traumatic Stress Disorder (PTSD) | Download |
| Understanding Schizophrenia | Download |
| Understanding Suicide | Download |
| Understanding the GED | Download |
| United States History: Lesson 1- Revolutionary and Early Republic Periods | Download |
| United States History: Lesson 2- Civil War and Reconstruction | Download |
| United States History: Lesson 3- Civil Rights | Download |
| United States History: Lesson 4- A World At War | Download |
| United States History: Lesson 5- The Cold War and Foreign Policy Since 9/11 | Download |
| Upper-Intermediate English as a Second Language | Download |
| Victim Awareness | Download |
| Violence Assessment | Download |
| Virtual Job Descriptions Diesel Technology | Download |
| Virtual Job Descriptions for Welding | Download |
| Visitando a Mama o Papa | Download |
| Welding Inspection and Testing | Download |
| Welding Shop Safety | Download |
| What is Anger | Download |
| Why You May Not Be Getting The Job | Download |
| Women For Sobriety: New Life Diary | Download |
| Women For Sobriety: New Life Program | Download |
| Women for Sobriety: An Introduction | Download |
| Women for Sobriety: Beginner's Booklet | Download |
| Women for Sobriety: Levels of Recovery | Download |
| Women for Sobriety: Self-Imaging | Download |
| Women for Sobriety: The First Year | Download |
| Women for Sobriety: The Program Booklet | Download |
| Women's Health: Part 2 - Stay Healthy, Stay Safe | Download |
| Women's Health: Part 1 - Healthy At All Ages | Download |
| Word Processing Using Microsoft Word | Download |
| Working Through Negative Emotions: Part 1: Resentment | Download |
| Working Through Negative Emotions: Part 2: Jealousy | Download |
| Working Through Negative Emotions: Part 3: Is it Pride or Ego? | Download |
| Working as a Team- Common Craft | Download |
| Working in the Food Service Industry | Download |

| | |
|---|---|
| Workplace Etiquette | Download |
| Workplace Safety in the Food Service Industry | Download |
| Worth & Wellness: Mental Wellness | Download |
| Worth & Wellness: Thriving Community | Download |
| Worth and Wellness - Exercise | Download |
| Worth and Wellness - Nutrition | Download |
| Worth and Wellness - Your Everyday Journey | Download |
| Worth and Wellness Introduction | Download |
| Worth and Wellness Life Skills | Download |
| Worth and Wellness Spiritual Strength | Download |
| Worth and Wellness: Physical Work | Download |
| Worth and Wellness: Rest | Download |

To stop receiving this email, you may unsubscribe now.

*Note*: Once unsubscribed, you will stop receiving the transcript and certificate notification emails.