

# New MOSD

Jan. 6, 2021

    

+ 6

| Time | Name | Message |
|---|---|---|
| 7:18:03 AM | YutYut Cowabunga 586406520 | Are you here? |
| 7:18:53 AM | Aaron Of The Bloody East 668358826 | Plus we did the PB world tour last year, got to refill the war chest |
| 7:19:19 AM | Noble Beard The Immortal 1261651524 | Tell me about it |
| 7:19:36 AM | Aaron Of The Bloody East 668358826 | No I started a new job, don't want to fuck it up yet |
| 7:19:45 AM | YutYut Cowabunga 586406520 | Well fuck man |
| 7:20:02 AM | Aaron Of The Bloody East 668358826 | There will be plenty more I'm sure lol |
| 7:20:51 AM | Aaron Of The Bloody East 668358826 | I want to see thousands of normies burn that city to ash today |
| 7:21:16 AM | Noble Beard The Immortal 1261651524 | Would be epic |
| 7:21:35 AM | Aaron Of The Bloody East 668358826 | The state is the enemy of the people |
| 7:22:00 AM | Noble Beard The Immortal 1261651524 | We are the people |
| 7:22:35 AM | Aaron Of The Bloody East 668358826 | Fuck yea |
| 7:23:46 AM | Johnny Blackbeard 759787552 | God let it happen |
| 7:24:01 AM | Johnny Blackbeard 759787552 | I will settle with seeing them smash some pigs to dust |
| 7:24:40 AM | Noble Beard The Immortal 1261651524 | Fuck these commie traitors |
| 7:25:12 AM | Johnny Blackbeard 759787552 | It's going to happen. These normiecons have no adrenaline control |
| 7:25:20 AM | Johnny Blackbeard 759787552 | They are like a pack of wild dogs |
| 7:25:26 AM | YutYut Cowabunga 586406520 | I'm leaving with a crew of 15 at 0830 to hoof it to the monument no colors |
| 7:25:37 AM | Noble Beard The Immortal 1261651524 | Fuck it let them loose |
| 7:25:43 AM | Johnny Blackbeard 759787552 | I agree |
| 7:26:01 AM | Johnny Blackbeard 759787552 | They went too far when the arrested Henry as a scare tactic |

Government's Exhibit USA v Nordean et al 21-CR-175 (TJK) 509-26