Donohoe Sentencing

Video Exhibit 2

*Trial Exhibit 1000 (March Montage)*